1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6
7

THE COOKIE DEPARTMENT, INC.,

Case No.  20-cv-09324-KAW

8

Plaintiff,

9

v.

**ORDER STRIKING SUPPLEMENTAL EXHIBITS**

10

THE HERSHEY COMPANY, et al.,

Re: Dkt. No. 105

11

Defendants.

12
13

At the September 1, 2022 hearing on Defendants' motion for partial summary judgment,

14

Plaintiff represented that the Tough Cookie mark had been used to sell crackers, almond cookies,

15

vegan cookies, and chocolate covered cookies.  The Court permitted Plaintiff to file a

16

supplemental brief that would list **only** citations to the record in support of this statement.  (*See*

17

Dkt. No. 104.)  On September 2, 2022, however, Plaintiff filed its supplemental brief with **52**

18

**pages** of "supplemental exhibits."  (Dkt. No. 105.)

19

This is inappropriate.  The Court did not give Plaintiff leave to file new exhibits.  Plaintiff

20

had ample opportunity to include these exhibits with its opposition; Plaintiff cannot use the

21

Court's request for citations to include new exhibits.  Accordingly, the Court STRIKES the

22

supplemental exhibits; the Court will not consider any supplemental exhibit.

23

IT IS SO ORDERED.

24

Dated: September 6, 2022

25

_____
KANDIS A. WESTMORE

26

United States Magistrate Judge

27
28

United States District Court
Northern District of California