1  RILEY SAFER HOLMES & CANCILA LLP
   Keyonn L. Pope (*pro hac vice*)
2  kpope@rshc-law.com
   Monique B. Howery (*pro hac vice*)
3  mhowery@rshc-law.com
   70 West Madison St., Suite 2900
4  Chicago, Illinois 60602
   Telephone: (312) 471-8700
5  Facsimile: (312) 471-8701
6
   RILEY SAFER HOLMES & CANCILA LLP
7  Stephen M. Hankins (SBN 154886)
   shankins@rshc-law.com
8  456 Montgomery Street, 16th Floor
   San Francisco, California 94104
9  Telephone: (415) 275-8550
   Facsimile: (415) 275-8551
10
11 Attorneys for Defendants The Hershey Company
   and ONE Brands, LLC
12
13              IN THE UNITED STATES DISTRICT COURT
14        FOR THE NORTHERN DISTRICT OF CALIFORNIA
                      OAKLAND DIVISION
15

| | |
|---|---|
| **THE COOKIE DEPARTMENT, INC.**, a California Corporation, | **Case No.: 4:20-cv-09324-KAW** |
| Plaintiff, | **DEFENDANTS' STATEMENT OF EXPERT QUALIFICATIONS** |
| vs. | Trial: November 7, 2022 |
| **THE HERSHEY COMPANY**, a Delaware Corporation; **ONE BRANDS, LLC**, a Foreign Limited Liability Company; AND DOES 1 TO 50, INCLUSIVE, | Judge: Hon. Kandis A. Westmore |
| Defendants. | |

15
16
17
18
19
20
21
22

23      Now Comes Defendants, pursuant to this Court's Pretrial Order (Dkt. 28) regarding

24  submissions of an exhibit setting forth the qualifications and experience of the experts, and submits

25  the following Exhibits A, B, C, and D.

26
27
28

1

## **CONTENTS**

2

Enclosed are the *Curriculum Vitae* for each of Defendants' experts containing the expert's

3

experience, qualifications, and expertise.

4

| Expert Name | Subject of Opinions | Exhibit |
|---|---|---|
| Hal L. Poret | Likelihood of Confusion Survey | A |
| Peter N. Golder | Likelihood of Confusion | B |
| Peter Kent | Web Advertising | C |
| W. Todd Schoettelkotte | Damages and Financial | D |

5

6

7

8

9

10  Dated: October 4, 2022                    RILEY SAFER HOLMES & CANCILA LLP

11

12                                              By:  */s/ Keyonn L. Pope*
                                                    Keyonn L. Pope (*admitted pro hac vice*)
13                                                   Monique B. Howery (*admitted pro hac vice*)
                                                    Stephen M. Hankins (SBN 154886)
14                                                   Attorneys for Defendants THE HERSHEY
                                                    COMPANY and ONE BRANDS, LLC

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANTS' STATEMENT OF EXPERT QUALIFICATIONS

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused the above document to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record in the above-captioned matter.

Dated: October 4, 2022

/s/ Keyonn L. Pope
Keyonn L. Pope

# EXHIBIT A

**Hal L. Poret** (hal.inc42@gmail.com; 914-772-5087)

*Education*

1998        Harvard Law School, J.D., *cum laude*
- Editor/Writer – Harvard Law Record
- Research Assistant to Professor Martha Minow

1995        S.U.N.Y. Albany, M.A. in Mathematics, *summa cum laude*
- Statistics
- Taught calculus/precalculus/statistics

1993        Union College, B.S. in Mathematics with honors, *magna cum laude*
- Phi Beta Kappa
- Resch Award for Achievement in Mathematical Research

*Employment*

2016 -      President, Hal Poret LLC
- Design, supervise, and analyze consumer surveys, including Trademark, Trade Dress, Advertising Perception, Consumer Deception, Claims Substantiation studies, Damages, and Corporate Market Research Surveys
- Consulting regarding survey design and review of other surveys
- Provided expert testimony at deposition and/or trial regarding survey research in over 100 U.S. District Court litigations and proceedings in front of TTAB, NAD, FTC and FCC.

2004 - 2015   Senior Vice President, ORC International
- Designed, supervised, and analyzed consumer surveys in legal and corporate market research areas, and provided expert testimony regarding survey research in legal cases.

2003 – 2004   Internet Sports Advantage
- Developed and marketed proprietary internet sports product, and licensed trademark and intellectual property rights.

1998 – 2003   Attorney, Foley Hoag & Eliot, Boston, MA
- Represented corporations and individuals in trademark, trade dress, advertising, product, and related legal disputes.
- Worked with survey experts in developing and using surveys as evidence in trademark, trade dress and advertising disputes.

*Testimony at Trial or by Deposition Past 4 Years*

(Party who retained me shown in bold)

2022   **Diageo** v. Deutsch
       (Deposition and trial)               USDC Southern District of NY

2022   Stone Brewing v. **MillerCoors**
       (Deposition and trial)               USDC Southern District of CA

2022   Gibson v. **Armadillo**
       (Deposition and trial)               USDC Eastern District of TX

2022   **adidas** v. Fashion Nova
       (Deposition)                     USDC District of OR

2022   Fishon v. **Premier Nutrition Corp.**
       (Deposition and trial)               USDC Northern District of CA

2022   **Zuru LLC** v. Lego Juris
       (Deposition)                     USPTO Cancellation

2022   American Eagle Outfitters, Inc. v. **Walmart**
       (Deposition)                     USDC Western District of PA

2022   Hansen v. **Newegg.com Americas, Inc.**
       (Deposition)                     Superior Court California

2021   Coachella v. **Coachillin Holdings**
       (Deposition)                     USPTO Opposition

2021   **S&P Global, Inc.** v. S&P Data LLC
       (Deposition and trial)               USDC Delaware

2021   **Wing Enterprises** v. Tricam Industries, Inc.
       (Deposition and trial)               USDC District of MN

2021   **Advance Magazine Publishers** v. Goncharova
       (Trial testimony)                 USPTO Opposition

2021   Wildfang v. **Target Corporation**
       (Deposition)                     USDC District of OR

2021   **Orgain** v. Iovate
(Deposition)                              USDC Central District of CA

2021   Edwards Life Sciences v. **Meril Life Sciences**
(Deposition)                              USDC Northern District of CA

2021   Publix. v. **Pharmapacks**
(Deposition)                              USPTO Opposition

2021   **Tory Burch LLC** v. Olem Shoe Corp.
(Deposition)                              USDC Southern District of NY

2021   **Heaven Hill** v. Log Still Distilling
(Deposition)                              USDC Western District of KY

2021   **Kamado Joe** v. Dansons US LLC
(Deposition)                              USDC Northern District of GA

2021   **Kiva Health Brands, LLC** v. Kiva Brands Inc.
(Deposition)                              USDC Northern District of CA

2021   **Elevations Credit Union** v. Elevate Credit Union
(Deposition)                              USDC District of UT

2021   Sharpe v. **GT'S Living Foods**
(Deposition)                              USDC Central District of CA

2021   Mirzoyan v. **Hershey**
(Deposition)                              Superior Court of California

2021   Furniture Dealer.net v. **Amazon.com**
(Deposition)                              USDC District of MN

2021   **Treehouse Foods, Inc.** v. Keurig Green Mountain, Inc.
(Deposition)                              USDC Southern District of NY

2021   Brady v. **Bayer**
(Deposition)                              Superior Court of California

2021   Capri Sun v. **American Beverage Corporation**
(Deposition)                              USDC Southern District of NY

2020   **Universal Electronics, Inc.** v. Roku Inc. et al.

|      |                                                                      |                                           |
|------|----------------------------------------------------------------------|-------------------------------------------|
|      | (Deposition)                                                         | International Trade Commission             |
| 2020 | Enchante Accessories v. **Turko Textiles**<br>(Deposition)           | USDC Southern District of NY              |
| 2020 | Greater Orlando Aviation Authority v. **Melbourne Airport Authority**<br>(Deposition) | USDC Middle District of FL  |
| 2020 | **New Orleans Saints** v. WDI<br>(Trial)                             | American Arbitration Association           |
| 2020 | Vanderbilt University v. **Scholastic**<br>(Deposition)             | USDC Middle District of TN                |
| 2020 | Pacific Packaging v. **Nutrisystem**<br>(Deposition)               | USDC Central District of CA               |
| 2020 | American Airlines v. **Delta Airlines**<br>(Deposition)            | USDC Northern District of TX              |
| 2020 | **FCA** v. Mahindra<br>(ITC Modification trial testimony)           | ITC Modification Proceeding               |
| 2020 | Lontex Corporation v. **Nike**<br>(Deposition and trial)           | USDC Eastern District of PA               |
| 2020 | Koenig v. **Vizio, Inc.**<br>(Deposition)                          | Superior Court California (LA County)      |
| 2020 | Roley v. **Google**<br>(Deposition)                                | USDC Northern District of CA              |
| 2020 | **Snaplock Industries** v. Swisstrax Corp.<br>(Deposition)         | USDC District of Nevada                   |
| 2020 | TeamSnap v. **Team Mates Pty. Ltd**,<br>(Deposition)               | USDC District of CO                       |
| 2020 | Bluetooth SIG V. **FCA, USA**<br>(Deposition)                      | USDC Western District of Washington       |
| 2020 | **Monster Energy** v. VPX<br>(Deposition)                          | USDC Southern District of FL              |

2019   **George Sink PA Injury Law Firm** v. George T. Sink, Jr.
(Arbitration trial)                                    American Arbitration Association

2019   Cabrera v. **Bayer Corporation**
(Deposition)                                    USDC Central District of CA

2019   GDM Enterprises v. **Astral Health & Beauty**
(Deposition)                                    USDC Western District of MO

2019   **Yahoo** v. Mozilla
(Deposition)                                    Superior Court Santa Clara County, CA

2019   Scott Fetzer v. **John Henry, III**
(Deposition)                         Court of Common Pleas, Cuyahoga County, OH

2019   **Illinois Tool Works** v. Poly-America
(Deposition and trial)                          USDC Northern District of TX

2019   **Adidas** v. Forever 21
(Deposition)                                    USDC District of Oregon

2019   TRP v. **Simalasan**
(Deposition)                                    USDC District of NV

2019   Ironhawk Technologies v. **Dropbox Inc.**
(Deposition)                                    USDC Central District of CA

2019   Universal Standard v. **Target Corporation**
(Deposition)                                    USDC Southern District of NY

2019   **FCA** v. Mahindra
(Deposition and ITC trial)                       ITC and USDC Eastern District of MI

2019   DealDash v. **ContextLogic**
(Deposition)                                    USDC Northern District of CA

2019   **Sprint** v. AT&T Mobility
(Deposition and trial)                          USDC Southern District of NY

2019   Merck & Co v. **Merck KGaA**
(Deposition)                                    USDC District of NJ

2019   **Arbor Pharmaceuticals** v. ANI Pharmaceuticals
       (Deposition)                          USDC District of Minnesota

2019   **American Cruise Lines** v. American Queen Steamboat Company
       (Deposition and trial)               USDC District of DE

2018   MZ Wallace v. **Oliver Thomas**
       (Deposition and trial)               USDC Southern District of NY

2018   VonRosenberg v. **Lawrence**
       (Deposition)                          USDC District of SC

2018   Kjaer Weis v. **Kimsaprincess, Inc.**
       (Deposition)                          USDC Central District of CA

2018   In re: NCAA Grant-in-Aid Cap Litigation
       (Deposition; Trial)                  USDC Northern District of CA

2018   **Under Armour** v. Battle
       (Deposition)                          USDC District of Maryland

2018   Federal Trade Commission v. **D-Link Systems**
       (Deposition)                          USDC Northern District of CA

2018   Ezaki Glico v. **Lotte International**
       (Deposition)                          USDC District of NJ

2018   Car Freshener Corporation v. **American Covers/Energizer Holdings**
       (Deposition)                          USDC Northern District of NY

2018   **Combe** v. Dr. August Wolff
       (Deposition and trial)               USDC Eastern District of VA

2018   In Re GM Ignition Switch Litigation
       (Deposition)                          USDC Southern District of NY

2018   Zetor v. **Ridgeway**
       (Trial Testimony Deposition)         USDC Western District of AR

2018   Superior Consulting v. **Shaklee**
       (Deposition; Hearing; Trial)         USDC Middle District of FL

2018   Monster Energy Company v. **Integrated Supply Network**

|      | (Deposition)                                                      | USDC Central District of CA     |
| ---- | ----------------------------------------------------------------- | ------------------------------- |
| 2018 | Sandoz v. **GlaxoSmithkline**<br>(Deposition)                     | USPTO Opposition                |
| 2018 | Variety Stores v. **Walmart Stores, Inc.**<br>(Trial)             | USDC Eastern District of NC     |
| 2018 | JB-Weld v. **Gorilla Glue Company**<br>(Deposition)               | USDC Northern District of GA    |
| 2018 | Bratton v. **The Hershey Company**<br>(Deposition)                | USDC Western District of MO     |
| 2018 | Leadership Studies v. **Blanchard Training & Development**<br>(Deposition) | USDC Southern District of CA |

### *Presentations*

The McCarthy Series: U.S.P.T.O. v. Booking.com: What the Recent SCOTUS Ruling Means for Trademark Law
(McCarthy Institute Webinar, July 29, 2020)

Surveys in the Brave New World: Designing and Using Survey Evidence in the Age of Online Shopping, Influencers and Hashtags
(INTA Annual Meeting, May 21, 2019)

Consumer Perception Surveys - A Primer from Survey Experts and NAD
(ASRC Conference, Dec 7, 2018)

What's New in Advertising Law, Claim Support and Self-Regulation?
(ABA Seminar, November 17, 2015)

How Reliable is Your Online Survey
(2015 ASRC Annual Conference, September 29, 2015)

What Do Consumers Think?  Using Online Surveys to Demonstrate Implied Claims
(ANA Advertising Law and Public Policy Conference, April 1, 2015)

Cutting Edge Developments in Trademark Surveys (Rocky Mountain Intellectual Property & Technology Institute, May 30, 2013)

Using Survey Experts in Trademark Litigation (DRI Intellectual Property Seminar, May 9, 2013)

Surveys in Trademark and Advertising Litigation  (2013 National CLE Conference, Snowmass Colorado, January 2013)

Internet Survey Issues (PLI Hot Topics in Advertising Law Conference, March 2012)

Measuring Consumer Confusion Through Online Surveys (2011 Midwest IP Institute) (September, 2011)

Online Surveys as Evidence in Trademark Disputes (International Trademark Association Annual Conference, May 2011)

Managing Intellectual Property Trademark Roundtable (April 7, 2010)

Recent Trends in Trademark Surveys (Virginia State Bar Intellectual Property Conference, October 2009)

Trademark Surveys in US Litigation (presentation for International Trademark Association Annual Conference) (May 2009)

How to Conduct Surveys for use in Trademark Disputes (Practicing Law Institute Advanced Trademark Law Conference) (May 2009)

Trademark and Advertising Perception Studies for Legal Disputes (Opinion Research Corporation Seminar, June 2008)

Understanding Advertising Perception Surveys (Promotions Marketing Association Annual Law Conference) (November 2007)

Designing and Implementing Studies to Substantiate Advertising Claims (American Conference Institute Claims Substantiation Conference, October 2007)

Surveys in Trademark and False Advertising Disputes (InfoUSA Webinar, June 2007)

Measuring Consumer Perception in False Advertising and Trademark Cases, (multiple presentations) (2007)

Potential Errors to Avoid In Designing a Trademark Dilution Survey (American Intellectual Property Association paper, April 2007)

<u>Consumer Surveys in Trademark and Advertising Cases</u> (presentation at Promotions Marketing Association Annual Law Conference) (December 2006)

<u>Use of Survey Research and Expert Testimony in Trademark Litigation</u>, (International Trademark Association Annual Conference, May 2006)

<u>Survey Research as Evidence in Trademark/Trade Dress Disputes</u> (multiple presentations) (2006)

<u>Using Surveys to Measure Secondary Meaning of Trade Dress</u>, Legal Education Seminar, Boston, April 2006

***Publications/Papers***

<u>Commentary: Response to the Commentary Entitled "The Science of Proving Trademark Dilution"</u>, 111 TMR 778 (July-August 2021)

<u>An Empirical Assessment of the Eveready Survey's Ability to Detect Significant Confusion in Cases of Senior Marks that are Not Top-Of-Mind</u>, 109 TMR 935 (Nov-Dec 2019)

<u>Cutting Edge Developments in Trademark Surveys</u> (Rocky Mountain Intellectual Property & Technology Institute, May 2013)

<u>Hot Topics and Recent Developments in Trademark Surveys</u> (paper for May 2013 DRI Intellectual Property Conference)

<u>Surveys in Trademark and Advertising Litigation</u> (2013 National CLE Conference, Snowmass Colorado, January 2013)

<u>Trademark Litigation Online Consumer Surveys</u> (Practical Law Company Intellectual Property and Technology, May 2012)

<u>Hot Topics in Advertising Law 2012</u> (Contributor to Practising Law Institute publication)

<u>A Comparative Empirical Analysis of Online Versus Mall and Phone Methodologies for Trademark Surveys</u>, 100 TMR 756 (May-June 2010)

<u>Recent Trends in Trademark Surveys</u> (paper for Virginia State Bar Intellectual Property conference, October 2009)

<u>Trademark Dilution Revision Act breathes new life into dilution surveys</u> (In Brief PLI website, June 2009)

<u>The Mark</u> (Survey Newsletter; three editions 2009)

<u>Hot Topics in Trademark Surveys</u> (paper for Practicing Law Institute Advanced Trademark Law Conference) (May 2009)

<u>The Mark</u> (Survey Newsletter, 2008)

<u>Trademark and Advertising Survey Report</u> (Summer 2007)

<u>Avoiding Pitfalls in Dilution Surveys under TDRA</u> (AIPLA Spring Conference, Boston, May 2007)


*Commentary*

<u>Comment on Hotels.com case</u> (on TTABLOG.COM, July 24, 2009)

<u>Comment on Nextel v. Motorola</u> (on TTABLOG.COM, June 19, 2009)

<u>PLI All-Star Briefing Newsletter,</u> "What does the Trademark Dilution Revision Act mean for the future of Dilution Surveys?" (June 2009)



*Professional Memberships/Affiliations*

American Association of Public Opinion Research

International Trademark Association

National Advertising Division of Council of Better Business Bureaus

# EXHIBIT B

**APPENDIX A**

**CURRICULUM VITAE**

**Peter N. Golder**
Tuck School of Business
Dartmouth College
100 Tuck Hall
Hanover, NH 03755-9000
(603) 646-0598
peter.n.golder@tuck.dartmouth.edu

**ACADEMIC EXPERIENCE**

Dartmouth College, Tuck School of Business
Professor of Marketing, 2009-present
Co-Editor, Idea Corner track, *Marketing Letters*, 2021-present
Co-Editor-in-Chief, *Marketing Letters*, 2015-2020
Academic Fellow, Marketing Science Institute, 2020-present
Academic Trustee, Marketing Science Institute, 2016-2020
Faculty Director, TuckGO, 2018-2020
Faculty Director, First-Year Project, 2017-2020
Marketing Faculty Area Coordinator, 2015-2018
Senior Fellow, Dartmouth College Society of Fellows, 2014-2017

New York University, Stern School of Business
Professor of Marketing, 2008-2009
Coordinator, Marketing Department Doctoral Program, 2008-2009
George and Edythe Heyman Faculty Fellow, 2004-2009
Associate Professor of Marketing, 1999-2008 (tenured in 2002)
Assistant Professor of Marketing, 1995-1999

Peking University, Guanghua School of Management
Visiting Professor of Marketing, 2006-2007

University of California, Los Angeles (UCLA)
Visiting Assistant Professor of Marketing, 1994-1995

University of Southern California
Research and Teaching Assistant, 1990-1994

**EDUCATION**

Ph.D. in Business Administration (Marketing), 1994
University of Southern California, Los Angeles, CA

B.S. in Mechanical Engineering, 1984
University of Pennsylvania, Philadelphia, PA

**HONORS**

Marketing Strategy Consortium Faculty Fellow (2020)

A-1

AMA Doctoral Consortium Faculty Member (2019 [invited, unable to attend], 2015, 2005, 2004, 2002, 1999)

Citation of Excellence Award from Emerald Group Publishing for paper with high citations, novelty, interdisciplinary interest, and relevance in today's world (2015)

Maynard Award for *Journal of Marketing* paper making the most significant contribution to marketing theory and thought (2013)

Elsevier Distinguished Scholar Award from Society for Marketing Advances—career achievement award for "brilliant work and nurturing of the historical method in research in marketing" (2012)

INFORMS Society for Marketing Science Long Term Impact Award—chosen from all papers published in *Marketing Science* during preceding 10 years (2012)

Excellence in Global Marketing Research Award, American Marketing Assoc. (2011)

Executive MBA Great Professor Teaching Award (2008)

Buzzell Award for best paper published by Marketing Science Institute (2007, 1994)

Finalist, Little Award for Best Paper in *Marketing Science* (2007)

Finalist, Bass Award for Best Dissertation-based paper in *Marketing Science* (2007)

Best Paper Award, American Marketing Association Technology and Innovation Group (2005)

Berry Book Prize (Best Book in Marketing), American Marketing Association (2003)

Early Career Award for First 10 Years of Contributions to Marketing Strategy Research, American Marketing Association (2003)

Editor's Award for Reviewing, *Journal of Marketing* (2003)

Finalist, INFORMS Society for Marketing Science Practice Prize (2003)

Top Ten Business Book of the Year, *Harvard Business Review* (2002)

Marketing Science Institute Young Scholars Program Faculty Member (2006, 2001)

O'Dell Award for *Journal of Marketing Research* paper making the most significant long-term contribution (1998)

Bass Award for best paper in *Marketing Science* or *Management Science* based on a marketing doctoral dissertation (1998)

Faculty Advisor Award for Field Study Achievement (UCLA - 1995)

Beta Gamma Sigma (1994)

Richard D. Irwin Dissertation Award Winner (1993)

AMA Doctoral Consortium Fellow, University of Illinois (1993)

Graduate of Conoco's Management Development Program (1985)

Second Prize, Senior Design Project, University of Pennsylvania (1984)

Pi Tau Sigma, National Honorary Mechanical Engineering Fraternity (1984)

## JOURNAL PUBLICATIONS

Bradlow, Eric T., Peter N. Golder, Joel Huber, Sandy Jap, Aparna A. Labroo, Donald R. Lehmann, John Lynch, Natalie Mizik, Russell S. Winer (2020), "Editorial: Relaunching Marketing Letters," *Marketing Letters*, 31, 311-314.

Golder, Peter N. and Sandy Jap (2020), "Launching the Idea Corners section of *Marketing Letters*," *Marketing Letters*, 31 (March), 1-2.

Golder, Peter N., Debanjan Mitra, and Christine Moorman (2018), "Incorporating Quality

Considerations in Merger Analysis: Why, What, When, and How?" *The Antitrust Bulletin*, 63 (June), 222-236.

Golder, Peter N., Dmitri. G. Markovitch, and Jonathan P. O'Brien (2018), "When do Investors reward Acquisitions and Divestitures? The Contrasting Implications of Normative and Behavioral Economic Theories," *Managerial and Decision Economics*, 39 (March), 226-239.

Golder, Peter N., Sandy Jap, and Joel H. Steckel (2017), "The Future of *Marketing Letters:* Vison, Review Process, and a New Type of Paper—Idea Corners," *Marketing Letters*, 28 (September), 335-339.

Golder, Peter N., Debanjan Mitra, and Christine Moorman (2012), "What is Quality? An Integrative Framework of Processes and States," *Journal of Marketing*, 76 (July), 1-23.

- Harold H. Maynard Award for *Journal of Marketing* paper making the most significant contribution to marketing theory and thought (2013)
- Citation of Excellence Award from Emerald Group Publishing for paper with high citations, novelty, interdisciplinary interest, and relevance in today's world (2015).

Golder, Peter N., Rachel Shacham, and Debanjan Mitra (2009), "Innovations' Origins: When, By Whom, and How are Radical Innovations Developed?" *Marketing Science*, 28 (January), 166-179.

Mitra, Debanjan and Peter N. Golder (2008), "Does Academic Research Help or Hurt MBA Programs?" *Journal of Marketing*, 72 (September), 31-49.

- Selected by *JM* Editor as single article from issue to feature on *JM* Blog
- Basis of our article in *Financial Times* (see Other Publications)
- Basis of our article in *BusinessWeek* online (see Other Publications)
- Featured on The Chronicle of Higher Education *News Blog*

Markovitch, Dmitri and Peter N. Golder (2008), "Using Stock Prices to Predict Market Events: Evidence on Sales Takeoff and Long-Term Firm Survival," *Marketing Science*, 27 (July-August), 699-716.

Mitra, Debanjan and Peter N. Golder (2007), "Quality is in the Eye of the Beholder," *Harvard Business Review*, 85 (April), 26-28.

Mitra, Debanjan and Peter N. Golder (2006), "How Does Objective Quality Affect Perceived Quality? Short-Term Effects, Long-Term Effects, and Asymmetries," *Marketing Science*, 25 (3), 230-247.

- Robert D. Buzzell Best Paper Award from Marketing Science Institute (2007)

A-3

- Finalist, John D. C. Little Award for Best Paper in *Marketing Science* (2007)
- Finalist, Frank M. Bass Award for Best Dissertation-based paper in *Marketing Science* (2007)
- Featured in Handelsblatt, a top German economics and business periodical
- Featured in *Insights from MSI* (Marketing Science Institute)
- Reprinted in ICFAI's *Journal of Brand Management*

Golder, Peter N. and Gerard J. Tellis (2004), "Growing, Growing, Gone: Cascades, Diffusion, and Turning Points in the Product Life Cycle," *Marketing Science*, 2, 207-218.

- INFORMS Society for Marketing Science Long Term Impact Award (2012)
- Best Paper Award, American Marketing Association Technology and Innovation Group (2005)
- Also published in the Marketing Science Institute working paper series and featured in their periodical, *Insights from MSI*

Foster, Joseph A., Peter N. Golder, and Gerard J. Tellis (2004), "Predicting Sales Takeoff for Whirlpool's New Personal Valet," *Marketing Science*, 2, 182-185.

- INFORMS Society on Marketing Science Inaugural Practice Prize (finalist)

Bohlmann, Jonathan D., Peter N. Golder, and Debanjan Mitra (2002), "Deconstructing the Pioneer's Advantage: Examining Vintage Effects and Consumer Valuations of Quality and Variety," *Management Science*, 48 (September), 1175-1195.

Mitra, Debanjan and Peter N. Golder (2002), "Whose Culture Matters? Near-Market Knowledge and Its Impact on Foreign Market Entry Timing," *Journal of Marketing Research*, 39 (August), 350-365.

- Excellence in Global Marketing Research Award, American Marketing Association (2011)

Golder, Peter N. (2000), "Insights from Senior Executives about Innovation in International Markets," *Journal of Product Innovation Management*, 17 (September), 326-340, lead article.

Golder, Peter N. (2000), "Historical Method in Marketing Research with New Evidence on Long-Term Market Share Stability," *Journal of Marketing Research*, 37 (May), 156-172.

- Featured in *The Wall Street Journal* (front page) and *Advertising Age*

Golder, Peter N. and Gerard J. Tellis (1998), "Beyond Diffusion: An Affordability Model of the Growth of New Consumer Durables," *Journal of Forecasting*, 17 (June-July), 259-280.

Golder, Peter N. and Gerard J. Tellis (1997), "Will It Ever Fly? Modeling the Takeoff of Really New Consumer Durables," *Marketing Science*, 3, 256-270.

- Frank M. Bass Award (1998) for best paper in *Marketing Science* or *Management Science* based on a marketing doctoral dissertation
- Featured in *The Wall Street Journal* (front page)
- Published in the Marketing Science Institute working paper series

Tellis, Gerard J. and Peter N. Golder (1996), "First to Market, First to Fail? Real Causes of Enduring Market Leadership," *Sloan Management Review*, (Winter), 65-75.

- Featured in *The Wall Street Journal, The Economist, The Los Angeles Times*, *WirtschaftsWoche* (German business magazine) and *Harvard Management Update*
- Reprinted in *Harvard Business Manager*
- Invited keynote presentation at the Conference Board's 1996 Marketing Conference

Golder, Peter N. and Gerard J. Tellis (1993), "Pioneer Advantage: Marketing Logic or Marketing Legend?" *Journal of Marketing Research*, (May), 158-170.

- William F. O'Dell Award (1998) for long-term contribution to the marketing discipline
- Findings referenced in *Wall Street Journal* op-ed article

## BOOKS AND OTHER PUBLICATIONS

Golder, Peter N., et al. (2020), "Brief of Professor Peter N. Golder, Ph.D. and other Marketing Academics as Amici Curiae in Support of Respondent," United States Patent and Trademark Office, et al. v. Booking.com B.V., Supreme Court of the United States, No. 19-46.

Golder, Peter N. and Debanjan Mitra, editors (2019), *Handbook of Research on New Product Development*, Edward Elgar (paperback edition).

Golder, Peter N. and Debanjan Mitra, editors (2018), *Handbook of Research on New Product Development*, Edward Elgar.

Golder, Peter N. and Debanjan Mitra (2018), "New Product Development Research: Consolidating the Present and Guiding the Future," in *Handbook of Research on New Product Development*, Peter N. Golder and Debanjan Mitra, editors, Edward Elgar.

Fan, Tingting, Peter N. Golder, and Donald R. Lehmann (2017), "Innovation and New Products Research: A State-of-the-Art Review, Models for Managerial Decision

Making, and Future Research Directions," in *Handbook of Marketing Decision Models*, Berend Wierenga and Ralf van der Lans, editors, Springer.

Golder, Peter N., Debanjan Mitra, and Christine Moorman (2015), "A Comprehensive View of Quality and Its Implications for Managers," The AMA Journal Reader, American Marketing Association (online publication).

Fan, Tingting, Peter N. Golder, and Eitan Muller (2014), "Dynamics of Multi-Feature Product Usage: Carryover, Spillover, and Social Effects," Marketing Science Institute Report No. 14-118.

Lehmann, Donald R. and Peter N. Golder (2014), "New Products Research," in *The History of Marketing Science*, Russell S. Winer and Scott A. Neslin, editors, World Scientific – Now publishers.

Golder, Peter N., Julie R. Irwin, and Debanjan Mitra (2013), "Long-Term Market Leadership Persistence: Baselines, Economic Conditions, and Category Types," Marketing Science Institute Report No. 13-110.

Golder, Peter (2010), "First-mover (pioneer) advantage," in *Wiley International Encyclopedia of Marketing*, Jagdeth Sheth and Naresh Malhotra, editors, in Volume 1, Marketing Strategy, Robert Peterson and Roger Kerin, editors, John Wiley & Sons Limited.

Golder, Peter (2010), "Later mover (nonpioneer) advantage," in *Wiley International Encyclopedia of Marketing*, Jagdeth Sheth and Naresh Malhotra, editors, in Volume 1, Marketing Strategy, Robert Peterson and Roger Kerin, editors, John Wiley & Sons Limited.

Golder, Peter and Gerard Tellis (2010), "Product Life Cycle," in *Wiley International Encyclopedia of Marketing*, Jagdeth Sheth and Naresh Malhotra, editors, in Volume 5, New Product Development, Barry Bayus, editor, John Wiley & Sons Limited.

Mitra, Debanjan and Peter N. Golder (2009), "Objective and Perceived Quality," in *Empirical Generalizations about Marketing Impact*, Dominique M. Hanssens, editor, Marketing Science Institute, 18.

Golder, Peter N. (2009), "Market Leadership," in *Empirical Generalizations about Marketing Impact*, Dominique M. Hanssens, editor, Marketing Science Institute, 21.

Golder, Peter N. and Gerard J. Tellis (2009), "First-mover Advantage," in *Empirical Generalizations about Marketing Impact*, Dominique M. Hanssens, editor, Marketing Science Institute, 34.

Golder, Peter N. and Gerard J. Tellis (2009), "Sales Takeoff," in *Empirical Generalizations about Marketing Impact*, Dominique M. Hanssens, editor, Marketing Science Institute, 39.

Golder, Peter N., Rachel Shacham, and Debanjan Mitra (2009), "Radical Innovations," in *Empirical Generalizations about Marketing Impact*, Dominique M. Hanssens, editor, Marketing Science Institute, 42.

Golder, Peter N. and Debanjan Mitra (2008), "MBA Recruiters Value Academic Research," *Businessweek* online, October 16.

Golder, Peter and Debanjan Mitra (2008), "Academic research is good for MBA students," *Financial Times*, September 22.

Chandy, Rajesh K., Peter N. Golder, and Gerard J. Tellis (2004), "Historical Research in Marketing Strategy: Method, Myths, and Promise," in *Assessing Marketing Strategy Performance*, Christine Moorman and Donald R. Lehmann, eds., Boston, MA: Marketing Science Institute.

Tellis, Gerard J. and Peter N. Golder (2002), *Will and Vision: How Latecomers Grow to Dominate Markets*, New York: McGraw-Hill.

- Winner of the Berry-AMA Book Prize for the best book in marketing (2003)
- Selected by *Harvard Business Review* as one of the top ten business books of 2001
- Reviewed in *Harvard Business Review* (September 2001)

Golder, Peter N. and Gerard J. Tellis (2001), "Competition is the Best Way to Regulate Microsoft," *Los Angeles Times*, December 26.

Golder, Peter N. and Gerard J. Tellis (1992), "Do Pioneers Really Have Long-Term Advantages? A Historical Analysis," Marketing Science Institute Report Number 92-124, Boston, MA: Marketing Science Institute.

- Winner of Marketing Science Institute Best Paper of the Year Award

**PRESENTATIONS**

Golder, Peter N. (2020), "Hearing the Voice of the Consumer through Archival Evidence," McCarthy Institute webinar.

Golder, Peter N., Julie R. Irwin, and Debanjan Mitra (2020), "Will You Still Try Me, Will You Still Buy Me, When I'm 64? Long-Term Market Leadership in the Age of Disruption," State of Marketing Science Summit: Marketing in Disruption, Marketing Science Insitute, San Francisco, CA.

Golder, Peter N. (2020), "Real-time Emotions in Customer Service Encounters," invited presentation, University of Connecticut.

Trinh, Giang Tue and Peter N. Golder (2019), "Factors Affecting Long Term Brand Growth," Marketing Science Conference, University of Roma Tre / NYU Stern School.

Golder, Peter N., Michael J. Schreck, and Aaron Yeater (2019), "Assessing Secondary Meaning of Brand Elements: A Conceptual and Methodological Complement to Survey Research," Legal Applications of Marketing Theory Conference, Harvard Law School.

Chang, Sue Ryung, Peter N. Golder, and Joel H. Steckel (2017), "Measuring and Managing International Market Share Volatility: Insights from a Country, Category, and Brand Hierarchy Framework," Tuck Marketing Research Camp.

Golder, Peter N., Julie R. Irwin, and Debanjan Mitra (2016), "Will You Still Try Me, Will You Still Buy Me, When I'm 64? Long-Term Market Leadership Persistence and the Impact of Economic Conditions and Category Types," invited presentation, Kelley School of Business, Indiana University.

Golder, Peter N. (2016), "Design Thinking: Learn to Think Like a Disruptor," invited workshop, Marketing Science Institute, Cambridge, MA.

Golder, Peter N. (2016), "The Fragility of Market Leadership," AEMARK: XXVIII Congreso de Marketing at Universidad de Leon, Leon, Spain.

Golder, Peter N. (2016), "The Fragility of Market Leadership," L2/NYU Stern Digital Leadership Academy, New York, NY.

Golder, Peter N. (2016), "What is Quality?" American Antitrust Institute Invitational Symposium on Non-Price Effects of Mergers, Washington D.C.

Golder, Peter N. and Hans-Willi Schroiff (2016), "Closing the Gap between Innovation Management Theory and Practice," American Marketing Association Winter Educators' Conference, Las Vegas, NV.

Chang, Sue Ryung, Peter N. Golder, and Joel H. Steckel (2015), "Measuring and Managing International Market Share Volatility: Insights from a Country, Category, and Brand Hierarchy Framework," invited presentation, Corporate Competitiveness in International Perspective, Keizai Koho Center, Tokyo, Japan.

Golder, Peter N. (2015), "Strategy Research: Interesting Questions + Illuminating Data → Publication," AMA-Sheth Foundation Doctoral Consortium, London Business School.

Fan, Tingting, Peter N. Golder, and Eitan Muller (2015), "Communication on Mobile Phones versus Online Social Networks: Complements or Substitutes?" Marketing Science Conference, Johns Hopkins University.

Fan, Tingting, Peter N. Golder, and Eitan Muller (2015), "Multi-media and Multi-form Communication: A Framework and Application with Smartphones and Online Social Networks," Theory + Practice in Marketing Conference, Georgia State University.Fan, Tingting, Peter N. Golder, and Eitan Muller (2015), "Communication on Smartphones vs. Online Social Networks: Complements or Substitutes?" Big Data Conference, Ludwig Maximilian University (LMU), Munich, Germany.

Golder, Peter N. (2014), "Exploring and Exploding(!) Myths of Innovation Success," MOT Summer School—The New Paradigm of Innovation, Seoul, Korea.

Shacham, Rachel, Tulin Erdem, and Peter N. Golder (2014), "Talking Away the Vice? Communication and Vices," Marketing Science Conference, Emory University.

Fan, Tingting, Peter N. Golder, and Cheng Zhang (2014), "Usage Adoption of New Products in an Emerging Market," Marketing and Innovation Symposium, Erasmus University, Rotterdam, Netherlands.

Golder, Peter N. (2014), "The Art and Craft of Developing Impactful Theory," AMS Review Theory Forum, Indianapolis, IN.

Golder, Peter N. and Wonjoon Kim (2014), "Order of Entry Effects with Attribute Innovations," American Marketing Association Winter Educators' Conference, Orlando, FL.

Golder, Peter N. and Wonjoon Kim (2013), "Order of Entry Effects with Attribute Innovations," invited presentation, Syracuse University.

Pang, Jun, Angela Xia Liu, and Peter N. Golder (2013), "Effects of Peer Opinions and Customer Opinions on Critic Evaluations of Cultural Products," Marketing Science Conference, Ozyegin University, Istanbul, Turkey.

Chang, Sue Ryung, Peter N. Golder, and Joel H. Steckel (2013), "Exploring Market Share Volatility around the World: The Role of Economics, Culture, Business Environment, and Market Structure," invited presentation, Peking University.

Chang, Sue Ryung, Peter N. Golder, and Joel H. Steckel (2013), "Exploring Market Share Volatility around the World: The Role of Economics, Culture, Business Environment, and Market Structure," invited presentation, Cambridge University Judge Business School.

Fan, Tingting, Eitan Muller, and Peter N. Golder (2012), "The Dynamics of New Product Feature Usage," Marketing Science Conference, Boston University.

Shacham, Rachel, Tulin Erdem, and Peter N. Golder (2012), "Are Vices Substitutes or Complements?" Marketing Science Conference, Boston University.

Golder, Peter N., Julie R. Irwin, and Debanjan Mitra (2012), "Do Economic Conditions Affect Long-Term Brand Leadership Persistence?" Theory + Practice in Marketing Conference, Harvard Business School.

Golder, Peter N. and Tingting Fan (2011), "The Dynamics of Consumers' Brand Consideration Sets," Marketing Scholar Forum, Peking University.

Shacham, Rachel, Peter N. Golder, and Tulin Erdem (2011), "The Complementarity of Vices," Marketing Science Conference, Rice University.

Fan, Tingting and Peter N. Golder (2011), "The Dynamics of Brand Preferences Along Consumers' Life Paths," Marketing Science Conference, Rice University.

Golder, Peter N. (2011), "Beyond New Products: Innovation for Growth," MSI 50th Anniversary Conference, Boston.

Golder, Peter N., Julie R. Irwin, and Debanjan Mitra (2011), "Will You Still Try Me, Will You Still Buy Me, When I'm 64? How Economic Conditions and Category Types Affect Long-Term Brand Leadership Persistence," invited presentation, Cornell University.

Golder, Peter N., Julie R. Irwin, and Debanjan Mitra (2010), "Will You Still Try Me, Will You Still Buy Me, When I'm 64? How Economic Conditions and Category Types Affect Long-Term Brand Leadership Persistence," invited presentation, Peking University.

Chang, Sue Ryung, Peter N. Golder, Joel Steckel (2010), "Global Market Share Dynamics," Marketing Science Conference, University of Cologne.

Shacham, Rachel, Tulin Erdem and Peter N. Golder (2010), "A Cigarettte, a Six Pack or Porn: Are Vices Substitutes or Complements?" Marketing Science Conference, University of Cologne.

Golder, Peter N. (2010), "Attribute-Level Innovation and Its Opportunities for Marketing Strategy Research," The Practice and Impact of Marketing Science, MSI/ISMS Conference, Massachusetts Institute of Technology.

Golder, Peter N. (2009), "Why Your Firm Can't Innovate," Luxury Lab Innovation Forum, Times Center, New York City, talk on youtube.

A-10

Golder, Peter N., Julie R. Irwin and Debanjan Mitra (2009), "How Do Economic Conditions Affect Long-Term Brand Leadership Persistence," New York City Marketing Modelers Meeting.

Shacham, Rachel, Peter N. Golder, and Sha Yang (2009), "On the Importance of Ignorance," Marketing Science Conference, University of Michigan.

Mitra, Debanjan, Peter N. Golder, Jinhong Xie (2009), "The Weakness of Strong Ties: Homophily, Heterophily, and the Valence of Buzz," Marketing Science Conference, University of Michigan.

Golder, Peter N., Tingting Fan, Kevin L. Keller (2009), "Branding for China: The Role of Next Generation Consumers," Innovation in India and China: How to Create Value from Emerging Markets, Cambridge University Judge Business School.

Shacham, Rachel, Peter N. Golder, and Sha Yang (2009), "Exploring the Unknown: Incorporating Awareness in New Product Adoption," Collaborative & Multidisciplinary Research Conference, Yale School of Management.

Golder, Peter N., Tingting Fan, and Kevin L. Keller (2009), "Evolving Brand Preferences of Young Chinese Consumers," China India Consumer Insights Conference, Yale School of Management.

Mitra, Debanjan and Peter N. Golder (2008), "Competing for the Future of Business Schools: Does Academic Research Help or Hurt MBA Programs?" Marketing Science Conference, University of British Columbia.

Markovitch, Dmitri and Peter N. Golder (2007), "Can the Stock Market Predict Sales Takeoff and the Long-Term Survival of Firms?" Marketing Science Conference, Singapore Management University.

Golder, Peter N. (2007), "Will and Vision: How Latecomers Grow to Dominate Markets," Wuhan University's First International Conference on Corporate Governance and Innovation.

Golder, Peter N., Rachel Shacham, and Debanjan Mitra (2006), "Innovations' Origins: When, By Whom, and How are Radical Innovations Developed?" Guanghua School of Management, Peking Univeristy.

Mitra, Debanjan and Peter N. Golder (2006), "The Buzz on Business Schools: A Longitudinal Analysis of Scholarly Research and Perceptions," Marketing Science Conference, University of Pittsburgh.

Mitra, Debanjan and Peter N. Golder (2006), "Why Today's Business School Rankings are Yesterday's News: A Long-Term Analysis of the Impact of Academic Research," University of Southern California Marketing Camp.

A-11

Golder, Peter N., Rachel Shacham, and Debanjan Mitra (2005), "The Continuity of Seemingly Discontinuous, Radical Innovations," conference on Bridging Operations and Marketing, Catholic University, Lisbon, Portugal.

Mitra, Debanjan and Peter N. Golder (2005), "Why Today's Business School Rankings are Yesterday's News: A Long-Term Analysis of the Impact of Academic Research," ERIM Conference at Erasmus University, Rotterdam, Netherlands.

Golder, Peter N. (2005), "Continuous Innovation: The Key to Market Leadership," AMA Doctoral Consortium, University of Connecticut.

Golder, Peter N., Rachel Shacham, and Debanjan Mitra (2005), "The Continuity of Seemingly Discontinuous, Radical Innovations," Marketing Science Conference, Emory University.

Golder, Peter N., Rachel Shacham and Debanjan Mitra (2004), "A Discontinuous Perspective on Seemingly Radical Innovations," Hot Thoughts on Innovation: Insights at the Intersection of Marketing and Technology, MSI-AMA Conference at AMA Summer Educators' Conference, Boston, MA.

Golder, Peter N. (2004), "Comments on Research with Impact and Collaborating with your Advisor: Promise, Perils, and Solutions," AMA Doctoral Consortium, Texas A&M University.

Golder, Peter N. (2004), "Will and Vision: How Latecomers Grow to Dominate Markets," opening presentation at AMA Strategic Marketing Conference, Chicago, Illinois (based on book co-authored with Gerry Tellis).

Chandy, Rajesh K., Peter N. Golder, and Gerard J. Tellis (2003), "Historical Research: Method, Myths, and Applications," Cool Tools Conference for Marketing Strategy Research, AMA Summer Educators' Conference, Chicago, Illinois.

Foster, Joseph A., Peter N. Golder, and Gerard J. Tellis (2003), "Will It Ever Fly? Application of Takeoff Model at Whirlpool," ISMS Practice Prize Competition, Marketing Science Conference, University of Maryland.

Mitra, Debanjan, Peter N. Golder, and Qi Wang (2003), "Running Hard to Stand Still? Analyzing Persistence and the Duration of Market Performance," Marketing Science Conference, University of Maryland.

Golder, Peter N. (2003), "Historical Research and Innovation: How Does Looking Back Help Us Understand How to Look Ahead?" American Marketing Association Winter Educators' Conference, Orlando, FL.

Markovitch, Dmitri and Peter N. Golder (2002), "Competing Through Speed: Product Development and Alliance Speed and Their Impact on Firm Performance," Marketing Science Conference, University of Alberta.

Mitra, Debanjan and Peter N. Golder (2002), "When Do Firms Become Truly Multinational? A Study of the Dynamics of 'Near-Market' Knowledge on Entry Timing Decisions," Marketing Science Conference, University of Alberta.

Golder, Peter N. (2002), "Secondary Data," AMA Doctoral Consortium, Emory University.

Golder, Peter N. (2001), "Historical Research in Marketing," Special Session, AMA Summer Educators' Conference, Washington DC.

Mitra, Debanjan and Peter N. Golder (2001), "When Will They Ever Learn? An Econometric Analysis of the Long-Term Effects of Product Quality (or Why the Business School Ratings are always Yesterday's News?)," Marketing Science Conference, University of Mainz.

Golder, Peter N. and Julie R. Irwin (2001), "If They Could See Us Now: A Look at How Category Relationships Drive Long-Term Brand Leadership Persistence," Marketing Science Institute's Young Scholars Conference.

Golder, Peter N. and Julie R. Irwin (2000), "If They Could See Us Now: A Look at How Category Relationships Drive Long-Term Brand Leadership Persistence," New York Marketing Modelers Group.

Golder, Peter N. and Julie R. Irwin (2000), "If They Could See Us Now: A Look at How Consumers Relate to Their Products and How These Relationships Explain Why Leading Brands Succeed or Fail," special session at ACR Conference, Salt Lake City.

Bohlmann, Jonathan D. and Peter N. Golder (2000), " Deconstructing the Pioneer's Advantage: An Examination of the Relative Success and Failure of Market Pioneers," Marketing Science Conference, UCLA.

Mitra, Debanjan and Peter N. Golder (2000), "Veni, Vidi, Vici: Modern Insights for Selecting and Succeeding in New Country Markets," Marketing Science Conference, UCLA.

Golder, Peter N. (1999), "Contemporary Knowledge versus Historical Data: Other Examples of How the Past Catches Up with the Present," AMA Doctoral Consortium, University of Southern California.

Golder, Peter N. and Gerard J. Tellis (1999), "How Long Can This Keep Going On? Modeling the Growth of Radically New Products," Marketing Science Conference, Syracuse University.

A-13

Golder, Peter N. (1999), "Historical Method in Marketing Research with New Evidence on Long-Term Market Share Stability," invited presentation at University of Chicago.

Golder, Peter N. (1998), "Does Early Leadership Lock-in Long-term Leadership?" Fall INFORMS Conference, Seattle.

Golder, Peter N. and Gerard J. Tellis (1998), "Is There Life in the Product Life Cycle? New Formulation and Generalizations on a Dormant Concept," Marketing Science Conference, INSEAD.

Golder, Peter N. and Gerard J. Tellis (1998), "Great Expectations: How the Market Really Responds to Really New Products," invited presentation at University of Mainz, Germany.

Golder, Peter N. (1998), "Contemporary Knowledge versus Historical Data: Another Example of How the Past Catches Up with the Present," Columbia-NYU-Wharton-Yale Marketing Colloquium, New Haven, CT.

Golder, Peter N. and Gerard J. Tellis (1998), "Evaluating New Product Growth: When Will Sales Slow Down?" invited presentation at University of Houston.

Tellis, Gerard J. and Peter N. Golder (1996), "First to Market, First to Fail? Real Causes of Enduring Market Leadership," The Conference Board's 1996 Marketing Conference, New York, NY.

Golder, Peter N. and Gerard J. Tellis (1996), "Who are long-term leaders? When and how do they enter?" INFORMS Conference, Atlanta, GA.

Golder, Peter N. and Gerard J. Tellis (1996), "Evaluating New Product Growth: When Will Sales Slow Down?" Marketing Science Conference, University of Florida.

Golder, Peter N. and Gerard J. Tellis (1995), "When Will It Fly? Modeling the Takeoff of Really New Consumer Durables," New York City Marketing Modelers Group.

Golder, Peter N. and Gerard J. Tellis (1995), "When Will It Fly? Modeling the Takeoff of Really New Consumer Durables," Product Development Management Association Conference, Minneapolis, MN.

Golder, Peter N. and Gerard J. Tellis (1995), "Evaluating New Product Growth: Will Sales Ever Take Off," Marketing Science Conference, Australian Graduate School of Management.

Tellis, Gerard J. and Peter N. Golder (1994), "Forecasting Market Opportunities: Predicting the Takeoff of New Durables," Marketing Science Institute Conference, Boston, MA.

A-14

Golder, Peter N. (1994), "An Alternative Explanation for Order of Entry Effects Among Surviving Brands," Marketing Science Conference, University of Arizona.

Tellis, Gerard J. and Peter N. Golder (1993), "The Real Causes of Enduring Market Leadership," ORSA/TIMS Meeting, Phoenix, Arizona.

Golder, Peter N. (1993), "The Disadvantage of Being a Pioneer," Marketing Science Conference, Washington University.

Golder, Peter N. and Gerard J. Tellis (1993), "Pioneer Advantage: Marketing Logic or Marketing Legend?" Marketing Science Institute Conference, Atlanta, GA.

Golder, Peter N. and Gerard J. Tellis (1992), "Market Building vs. Pioneering: What Causes Long-term Leadership?" ORSA/TIMS Meeting, San Francisco, CA.

Golder, Peter N. and Gerard J. Tellis (1992), "Pioneer Advantage: Marketing Logic or Marketing Legend?" Marketing Science Conference, London Business School.

**RESEARCH INTERESTS**
Market Entry, New Products, Market Leadership, Quality, Global Marketing, Branding

**TEACHING INTERESTS**
Marketing Concepts, Global Marketing, New Products, Marketing Strategy

**PROFESSIONAL EXPERIENCE**
Northrop Corporation, 1986-1990
Conoco, 1984-1986

**GRANTS**
NYU Stern Berkley Center grant from Kauffman Foundation (2006)
NYU Stern Berkley Center grant from Kauffman Foundation (2005)
Marketing Science Institute (2000)
Richard D. Irwin Dissertation Fellowship - National Award Winner (1993)
U.S. Department of Education - Awarded through Center for International Business Education and Research at University of Southern California (1993)
Dissertation Fellowship from Center for International Business Education and Research at University of Southern California (1992)
Marketing Science Institute (1992)
Fellowship, University of Southern California (1990-1994)

**ACADEMIC SERVICE**
Editorial Review Boards: *International Journal of Research in Marketing*, *Journal of Marketing, Marketing Science*
Ad-hoc Reviewer: *Journal of Marketing Research*
Dissertation Committee Chair/Co-Chair:
Debanjan Mitra (placement: University of Florida)

A-15

Rachel Shacham (placement: University of Minnesota)
Tingting Fan (placement: Chinese University of Hong Kong)
Dissertation Committee: Jane Gu, Dmitri Markovitch, Sergio Meza
Co-Chair, Hot Thoughts on Innovation: Insights at the Intersection of Marketing and
Technology, special interest conference sponsored by MSI and AMA, 2004.
Chair, Strategy Track, Winter AMA 2005, San Antonio, Texas

**ASSOCIATIONS**

American Marketing Association
Institute for Operations Research and Management Science (INFORMS)

*Revised May 18, 2021*

# EXHIBIT C

PRIVILEGED AND CONFIDENTIAL
ATTORNEY WORK PRODUCT

# Exhibit A: CV, Cases Kent Testified in the Last Four Years

| Case Name: | Engaged By: | Case No.: | Court: | Year: | Testified In: |
|---|---|---|---|---|---|
| UMG Recordings v. Vital Pharmaceuticals and Jack Owoc | Defendant | 0:21-cv-60914 | United States District Court Southern District of Florida | 2022 | Deposition |
| Bob Agahi v. Kevin Richard Kelly | Plaintiff | 2:21-cv-01369-DLR | United States District Court District of Arizona | 2022 | Deposition |
| PharmacyChecker.com v. National Association of Boards of Pharmacy | Defendants | 7:19-cv-07577-KMK | US District Court, Southern District of New York | 2022 | Deposition |
| adidas v. Fashion Nova | Defendant | 3:19-cv-00740-AC | United States District Court District of Oregon, Portland | 2022 | Deposition |
| Drips Holdings, LLC v. Teledrip, LLC | Defendant | 5:19-CV-02789 | US District Court, Northern District of Ohio, Cleveland | 2022 | Deposition |
| Express Mobile v. GoDaddy.com | Defendant | 19-1937-RGA | US District Court For The District Of Delaware | 2021 | Deposition |
| Opal Labs, Inc. v. Sprinklr, Inc. | Plaintiff | 17CV38400 | US District Court, Dist. Of Oregon, Portland Div. | 2021 | Deposition Trial |
| Petruss Media Group v. Advantage Sales & Marketing | Defendant | 01-19-0002-7532 | American Arbitration Association | 2021 | Deposition |
| Energy Intelligence Group v. Kirby Inland Marine | Plaintiff | Civil Actions 4:19-cv-03520 & 4:19-cv-04121 | United States District Court, Southern District of Texas (Houston) | 2021 | Deposition |
| Monster Energy Company, v. Vital Pharmaceuticals & Jack Owoc | Defendant | 5:18-cv-1882-JGB-SHK | United States District Court, Central District of California | 2021 | Deposition |
| Resman, LLC v. Karya Property Management, CBM & IPR | Petitioner | CBM2020-00020 | USPTO | 2021 | Deposition |
| FurnitureDealer.net v. Amazon.com & Coaster Company of America | Defendant (Coaster) | 0:18-cv-00232-JRT-HB | U.S. District Court, Minnesota | 2021 | Deposition |
| JUUL Labs v. 4XPods, Eonsmoke | Defendant | 18-15444 (KM) (MAH) | United States District Court, District of New Jersey | 2021 | Deposition |
| Droplets v. Yahoo! | Defendant | 12-cv-03733-JST | US District Court, N District of CA, Oakland Division | 2021 | Deposition |
| Troubleshooter Network v. HomeAdvisor, Inc., et al. | Plaintiff | 018-CV-02362-WJM-STV | US District Court for the District of Colorado | 2020 | Deposition |
| Kevin Halpern & Celluride Wireless, Inc. v. Uber Technologies, et al. | Plaintiff | CGC-15-545825 | Superior Court, City & County of San Francisco | 2020 2019 | Deposition Trial |
| GDM v. Astral | Defendant | 4:17-CV-01069-SRB | U.S. Dist Court, West'n Dist of Missouri, Kansas City | 2019 | Deposition |
| IPR (Inter Partes Review) of U.S. Patent 7,818,399 | Petitioner | Patent 7,818,399 | Patent Trial & Appeal Board | 2019 | Deposition |
| ZipfWorks, Inc. v. PromoCodeWatch, LLC | Plaintiff | C.A. No. 13-324-RGA | Superior Court of California, County of Los Angeles | 2019 | Deposition |
| American Cruise Lines v. HMS American Queen Steamboat Company | Plaintiff | C.A. No. 13-324-RGA | U.S. District Court, District of Delaware | 2019 | Trial Deposition |
| RXD v. Apple | Defendant | 1:18-cv-00486 | U.S. District Court, Eastern District of Virginia | 2018 | Deposition |
| Christopher Sigfrid d/b/a QuantumPBX v. Chelsea Swift, et al | Defendant | 27-CV-16-13079 | Minnesota, 4th Judicial District, County of Hennepin | 2018 | Trial |
| IPR (Inter Partes Review) of U.S. Patent 7,818,399 | Petitioner | Patent 7,818,399 | Patent Trial & Appeal Board | 2018 | Deposition |

# PETER KENT
# INTERNET EXPERT WITNESS
**399 E Bayaud Ave., Denver CO 80209 ♦ 720-771-3246**
**Peter@PeterKentConsulting.com ♦ www.PeterKentConsulting.com**

## Summary of Qualifications

**28 Years' Experience in all Aspects of Online Marketing:**



- Search Engine Optimization (SEO)
- Search Engine "Link" Campaigns
- Pay Per Click (PPC)
  Search-Engine Advertising
- Affiliate Marketing
- Online PR
- Online Advertising
- Social Networking
- Social Media Marketing

- Online Review Management
- E-commerce Site Development
- Web Site Development
- Web Application Development
- E-mail Newsletter Publishing
- Web Project Management
- User Interface Design
- Improving Online "Conversions"
- Amazon Marketplace Merchandising



## Bitcoin, Cryptocurrency, & Blockchain Experience

- *Bitcoin for Dummies*, 2nd Edition
- Author/Presenter of *Crypto Clear: Blockchain and Cryptocurrency Made Simple* 8-hour online video course
- *Cryptocurrency Mining for Dummies* (2 editions)
- Consulting with U.S. Congress via Catalyst Research Institute
- Co-founder, DAOTEK, a Decentralized Autonomous Organization "operating system"

## Expert Witness Experience   [Complete list on request]

- 100+ Cases over 25+ years * Court Testimony: 12 * Depositions: 47
- Patent, Trademark, Copyright, Contract Dispute, Copyright, Unfair Business Practice & Defamation cases related to Internet Technology/Digital Marketing
- Cases related to Pay Per Click (PPC) Advertising, Search Engine Optimization (SEO), Cybersquatting, Fake & Defamatory Online Reviews, Defamation in Web Sites & Social Media, Trademark Infringement through PPC and SEO, Amazon "Hijacking" & "Knockoffs," Search Result Hijacking, Lead Generation & Incentivized Traffic, Web-Site Management, Web Development, Cryptocurrency

## Publications



- Best-selling author of the *Complete Idiot's Guide to the Internet*, *Search Engine Optimization for Dummies*, *Pay Per Click for Dummies Search Engine Marketing*, *Poor Richard's Web Site* and *Poor Richard's Internet Marketing and Promotions*, and dozens of other Internet-related books over the last 24 years.
- An award-winning technology column in two Colorado Newspapers for over 11 years; hundreds of periodical articles
- Staples.com's E-commerce Expert
- 5 Lynda.com & Udemy video training courses on SEO & Selling Through Amazon

## Business Experience

- Extensive online experience (bulletin boards and online services), dating back to 1984
- Working on the Internet since 1993
- Working with software development teams since 1981…cyberspace-software development since 1991
- Founder of an e-business service provider, funded by Softbank/Mobius, one of the world's largest venture-capital firm
- General Manager/Architect of a large site for a consortium of seven law firms; the site has 400,000+ pages, with sophisticated content-management and lead-management utilities running behind the scenes
- Founded a publishing company, with e-commerce sales, in 1997
- VP of Web Solutions for a national ISP
- VP of Marketing for a Web-development company
- Consulting services for scores of companies, large and small: Amazon, Zillow, Avvo, Lonely Planet, Honey Baked Ham, & hundreds of small and medium companies in a wide range of industries: furniture, scaffolding, medical-transcription service, financial services, law, real-estate, and much more.

## Public Speaking

Extensive public speaking: 100+ radio show guest appearances, 22 years of speaking engagements, including seminars, panels, workshops, teleseminars, etc.

## Summary of Qualifications

Experience in all aspects of online marketing—search-engine optimization, search-engine advertising, affiliate programs, online PR, etc.—along with more traditional offline marketing. A background in book publishing and technology, including e-commerce development, product development and management, user-interface design, software-product design, consumer research, training, and documentation. Founded an e-commerce service provider funded by the world's largest VC firm, and an "online enabled" publishing company, Top Floor Publishing, in the late '90s. An accomplished public speaker and author of dozens of books about the Internet and online marketing, including several best sellers.

## Skills and Accomplishments

- Employed search-engine marketing to triple the revenues of a computer-peripherals company in less than12 months.
- Employed Web design and search-engine marketing to jump-start sales for an online scaffolding company. Increased revenues from $10,000/mth to $700,000/mth in a year
- Generated 75% of revenues for a Denver-based real-estate startup through search-engine advertising campaigns.
- Built a partnership with one of North America's largest publishers to deliver software to bookstores throughout the U.S.
- Raised $4M from Softbank/Mobius for an e-business service provider, later sold to iBoost.
- Founded a computer-book publishing company, with revenues exceeding $300,000 in the first year.

- Used low-cost, online/offline PR and guerrilla marketing techniques to position a book on the Amazon.com best-seller list, to promote another book into becoming the most widely reviewed and praised title in computer-book history, and to build the *Poor Richard's* series brand.
- Author of the best selling *Complete Idiot's Guide to the Internet* (7 editions, 1993 – 2000), *Search Engine Optimization for Dummies* (6 editions since 2004), and *Pay Per Click for Dummies Search Engine Marketing* (2006)
- Integrated 12 Web-development/hosting teams—with 65 staff in 10 different cities—into a single division.
- Provided strategic/technical analysis to the CEO/executive team regarding acquisitions.

## Professional Experience

**DAOTEK**                                            Sydney, Australia: Early 2022 – Present
**Cofounder**
DAOTEK is a company bringing Decentralized Autonomous Organizations to the masses. DAOs are blockchain- and Internet-based organizations through which communities of geographically distributed individuals can join together, raise money, create goals, and work to meet those goals. DAOTEK is a DAO "operating system," a software suite that will make creating and running DAOs simple. Currently in the planning and fund-raising stage.

**Peter Kent Consulting**                               Denver, CO: 2002 – Present
**Principal**
Providing Internet channel-management and Internet-marketing and -strategy consulting services to a varied client base. Current services include assisting clients in developing online-marketing strategies, increasing traffic through search-engine marketing and optimization, designing and implementing Pay per Click search-advertising campaigns, designing Web-sites, developing Web-applications, revenue-transaction conversion, and affiliate-program development. Clients include Burg Simpson Eldridge Hersh Jardine PC (a major Denver law firm), RoyalYarns.com (an online wool/handicrafts retailer), Peripheral Manufacturing (used search-engine marketing to triple revenues in under 12 months); ScaffoldMart.com (helped this stalled operation restart, increasing sales 7,000 percent); Shane Co. (repositioned this jeweler's online marketing strategy); Aestiva, Inc. (significantly increased sales revenue over a 9-month period); Jones University (designed and developed a strategic plan for optimization of the Web site and improved search-advertising results); and SavingStreet.com (implemented a pay-per-click search-advertising campaign for this startup real-estate company, generating 75% of their initial revenues). In addition to working with literally hundreds of small businesses, assisted a number of large companies such as Amazon.com, Lonely Planet, Zillow, Honey Baked Ham, Avvo, Time Warner Cable, & TowerRecords.com.

**BuyBak, LLC**
**VP of Corporate Development, Co-Founder**      Denver, CO: July 2010 – 2015
Business development and software development. Buybak was a startup in the rapidly growing "buyback" or "recommerce" business, buying used CDs, DVDs, video games, laptops, smart phones, and other electronics, and returning used products to the retail market (wholesale and through an Amazon Marketplace store). Partners included Newegg, Best Buy, and Walmart.

**LeadNation, LLP**
**Founder, CEO**                              Philadelphia, PA: July 2009 – January 2011
Co-founder of a firm creating premium Web sites for medical clinics, along with ancillary services that helped them generate and manage business leads.

**DNAML, Pty**
**Sr. VP, United States**                    Denver, CO: August 2007 – June 2008

Helped this Australian digital-publishing company with business-development campaigns, introducing the company to some of the world's largest publishers in New York and London. Helped the company develop relationships with publishers such as Wiley, McMillan, Hachette, Random House, Harper Collins, Elsevier, and others.

**Indigio Group**                            Denver, CO: 2001 – 2003
**Vice President Marketing**

A Web-applications development and Internet-marketing-strategy consulting company with clients such as Budget Rent a Car, Cendant, North American Van Lines, Orbis, and Dex Media. Direct responsibilities included the production of strategic marketing plans and materials, overseeing all marketing products, new-business sales development, and Internet marketing-strategy development for clients. Also liaised with key clients and directed all public relations and advertising campaigns. Ensured significant press coverage for the Company, greatly increasing its visibility in Colorado.

**Internet Commerce & Communications**       Denver, CO: 2001
**Vice President Web Solutions**

A national Internet Service Provider and Web-hosting company. Developed and implemented a strategic plan to merge a dozen geographically dispersed Web-design and Web-hosting divisions acquired during the prior 18 months. Managed a team of 60+ staff members providing Web Development, Web hosting, Internet marketing, and e-commerce applications to thousands of small and medium-sized businesses in an ASP (Application Service Provider) mode. The division produced revenues of approximately $8M in 2001. In addition, introduced new tools, processes and procedures to improve the department's efficiency and reduce overhead, and designed a number of new ASP products—e-commerce and e-mail publishing—for introduction to the small-business market.

**BizBlast.com**                             Denver, CO: 1998 – 2001
**Co-Founder**

An E-Business Service Provider, delivering e-commerce services to small and medium-sized firms on a monthly subscription basis, when doing business online was still relatively new and difficult for most companies. Developed the original business plan and marketing strategy, including raising the company's $4M first-round investment, led by one of the world's largest VC firms, SoftBank/Mobius. Researched the market to evaluate the competition and developed the original product design, including user-interface design and managing focus groups. Developed the company's marketing and offer strategy and identified target markets and subscriber-acquisition programs. Business-development role included negotiating distribution partnerships, including one with Macmillan USA to deliver BizBlast software to bookstores throughout North America, and sought out partnerships to provide more products and services to BizBlast clients, such as the PayPal relationship that provided another transaction method for BizBlast clients.

**Top Floor Publishing**                     Denver, CO: 1997 – 2003
**Founder, President**

A publisher of highly regarded books related to online business and marketing, written by industry experts. The company's first book became the most widely reviewed and praised title in computer-book history, and the third was an Amazon.com best seller. Created the company's marketing strategy and managed all marketing and public relations campaigns. Built a brand—the *Poor Richard's* series—that quickly became well known and respected in the computer-book industry. Managed all aspects of the organization, including overall budget responsibility, product development, and co-op advertising. Devised an online-marketing strategy that turned this startup into a widely distributed and well-known publisher in the industry, and built the company's e-commerce system.

**Kent & Associates**                      Dallas, TX & Denver, CO: 1986 – 1996
**Independent Consultant**
Services included creating documentation, training users, testing software, designing software user
interfaces, carrying out software consumer research and market intelligence, for a wide range of client
companies and industries. Clients included Semiotix (software development), The Pipeline (Internet
service provider); MasterCard (financial services), Analytical Surveys, Inc. (aerial photography),
Comprehensive Software Solutions (stock trading), Amgen (pharmaceuticals), SpectraLink
(telecommunications), Clinical Reference Systems, Inc. (medical), Ericsson, NEC, Northern Telecom
(telecommunications), and Genioss/Data General (computing/telecommunications). Used online services
for general business communications and marketing as early as 1986.

**Core Laboratories Int'l, Inc.**
**Systems Analyst**                               Dallas, TX: 1982 – 1986
**Area Supervisor**                               Mexico: 1979 – 1982
An oil-field services company. Assisted in the development of the company's new generation of drilling-
analysis computer technology. Tested software, designed the user interfaces, and worked closely with the
software-development team to create a user-friendly software process flow. Responsible for all customer
research and liaison. Planned software product enhancements based on evaluation of users' needs and
competing products. Trained users and managed staff installing and maintaining the equipment.
Previously worked in Mexico, with advanced computer technology on off-shore oil rigs, gaining
experience in technology at a time when most people had little or no contact with computers. Lived and
worked in Colombia, Mexico, Venezuela, Ecuador, Australia, North Sea, etc. Used data-
acquisition/manipulation computers to provide geological and engineering reports to client oil companies.
Core Labs' youngest-ever Unit Supervisor; fastest ever promotion to Logging Supervisor, with
responsibility for the company's $2M annual Mexican operation.

# Publishing Experience
Involved in the computer-book publishing business since 1988. Author of around 60 technology and
business books including the best-selling *Complete Idiot's Guide to the Internet, Search Engine
Optimization for Dummies,* and *Pay Per Click Search Marketing for Dummies* (Wiley). Author and
publisher of the *Poor Richard's Web Site* and *Poor Richard's Internet Marketing and Promotions*.
Founder of Top Floor Publishing. Author of hundreds of newspaper and magazine articles on business
and technology, including a long-standing column in the Boulder County Business Report and the
Northern Colorado Business Report.

# Public Speaking
An accomplished speaker on a wide range of subjects. Speaking engagements have included the subject
of Internet marketing for over 20 years, to organizations such as the National Association of Broadcasters,
Vistage, and the Colorado Tourism Conference. Other topics include search-engine marketing and
advertising, publishing, and general online-business issues. Guest speaker on over 100 radio shows.

# Books
- *Bitcoin for* Dummies (2nd Edition, w/Tyler Bain. John Wiley, 2022)
- *Cryptocurrency Mining for Dummies* (2 Editions w/Tyler Bain. John Wiley, 2019/2022)
- *Cryptocurrency All-in-One for Dummies* (contributor, 2021)
- *Search Engine Optimization for Dummies* (John Wiley: 7 editions, beginning in 2004)
- *Pay Per Click Search Engine Marketing for Dummies* (John Wiley, 2006)
- *Coronavirus & COVID-19: What It Is, How to Avoid It, How to Survive It* (Peter Kent
  Consulting, LLC)

- *How to Make Money Online with eBay, Yahoo!, and Google* (McGraw-Hill Osborne Media, 2005)
- *The Word 2003 Bible* (John Wiley, 2003)
- *Poor Richard's Web Site: Geek-Free, Commonsense Advice on Building a Low-Cost Web Site* (Top Floor Publishing—most widely reviewed & praised title in computer-book history)
- *The CDnow Story: Rags to Riches on the Internet* (w/Jason and Matthew Olim, the founders of CDnow—Top Floor Publishing)
- *Poor Richard's Internet Marketing and Promotions: How to Promote Yourself, Your Business, Your Ideas Online* (w/Tara Calishain—Top Floor Publishing)
- *The Complete Idiot's Guide to the Internet* (7 editions, published by Que—on the Publisher's Weekly, Barnes & Noble, Software Etc., Baker & Taylor, and Ingrams computer-book best-seller lists; 100,000 copies sold in first 9 months)
- *The Complete Idiot's Guide to the Internet: UK Edition* (Prentice Hall, 3 editions)
- *Careers for Kids who Love Computers* (Facts on File)
- *The Official Netscape JavaScript 1.2 Book* (Netscape Press)
- *The Official Netscape JavaScript Programmer's Reference* (Netscape Press)
- *The Official Netscape JavaScript Book* (Netscape Press)
- *Using Netscape Communicator 4* (Que)
- *Using Netscape 3* (Que)
- *Using Netscape 2 for Windows 95* (Que—bestseller)
- *Using Netscape 2 with Your Mac* (Que)
- *Discover Windows NT Workstation 4* (IDG)
- *Discover FrontPage 97* (IDG)
- *Making Money in Technical Writing* (Macmillan/ARCO)
- *Using the Microsoft Network* (Que)
- *The Official Netscape JavaScript Book* (Netscape Press)
- *Using Microsoft Internet Explorer* (Que)
- *PGP Companion for Windows* (Ventana)
- *The 10 Minute Guide to the Internet* (Que)
- *The Complete Idiot's Next Step with the Internet* (Que)
- *The Complete Idiot's Guide to the World Wide Web* (Que)
- *The Complete Idiot's Guide to the Internet with Windows 95* (Que)
- *Using Mosaic* (Que—contributed several chapters and acted as a technical advisor)
- *Peter Norton's Windows NT: Tips & Trick*s (Random)
- *Peter Norton's User's Guide to Windows 3.1* (Bantam/Random)
- Peter Norton's *Outside the IBM PC and PS/2* (Brady—contributed 3 chapters)
- *The Technical Writer's Freelancing Guide* (Sterling Publishing)
- *Mastering Micrografx Designer*, and *Mastering Micrografx Designer 3.1* (SYBEX)
- *Learn Microsoft Money Fast!* (SYBEX)
- *Understanding Windows Draw* (SYBEX)
- *Shareware Treasure Chest: Clip Art Collection* (SYBEX)
- *The Illustrated Enable/OA* (Wordware)

Kent's work has also appeared in the following books:

- *The Ten Minute Guide to Internet Explorer* (Que)
- *Netscape Navigator 3 Starter Kit* (Que)
- *Using Netscape Navigator 3 Special Edition* (Que)
- *Using Windows 95, Special Edition* (Que)

- *Using The Internet, Special Edition* (Que)
- *The HTML Programmer's Reference* (Ventana)
- *Carol Vorderman's Guide to the Internet* (Prentice Hall, 3 editions)
- *UK Internet Starter Kit* (Prentice Hall, 3 editions)

## Video Courses
- *Analyzing Your Web Site to Improve SEO* (Lynda.com/LinkedIn Learning)
- *SEO Link Building* (Lynda.com/LinkedIn Learning)
- *SEO: Link Building in Depth* (Lynda.com/LinkedIn Learning)
- *Selling on the Amazon Marketplace* (Lynda.com/LinkedIn Learning)
- *Complete SEO Training* (Udemy)
- *Crypto Clear: Blockchain & Cryptocurrency Made Simple* (Self-published/hosted)

## Articles in the Following Newspapers/Periodicals

Internet Law & Strategy
Examiner.com
The Manchester Guardian
Website Magazine
Staples.com
Computerworld
eBusiness Journal
Internet World
Windows User
Windows Magazine
Dr. Dobb's Journal
Boulder County Business Report
North Colorado Business Report
Men's Journal
The Dallas Times Herald
Software Maintenance News
LaserLink

NetBITS
Writers Write
Colorado Computer Diskovery
Metropolitan Ski Times
Sm@rtPartner
VBAC News
The Parent Newsmagazine
Kids Today
First Coast Parent
Jacksonville Parent
Carolina Parent
All About Kids
My Business
PD News
Computer Book Cafe
Employee Relations Bulletin
Onvia.com

# Public Speaking
- Scores of presentations, workshops, and keynotes to business groups and corporations
- Wide range of subjects: Blockchain & Cryptocurrency, SEO, Online Marketing, Online Reviews, Web Development, Designing an Online Marketing Strategy, eBook Publishing, Self Publishing, and much more
- Guest on around 100 radio shows: 60 - 80 Radio interviews, including in-studio interviews in the widely syndicated *Into Tomorrow* and *The World Wide Web Radio Show*.
- August 2005: 20 Radio interviews in one day, with a total audience of over 20M people, related to search engine technology. (Audioline Network national syndication, WZEZ Richmond VA, KLKS St. Cloud MN, KYW Philadelphia, WSNY Columbus OH, WOCA Gainsville FL, Business Talk national syndication, USA Radio Network national syndication, WFIN Toldo OH, KCMN Colorado Springs, ABC Radio Network national syndication, Cable Radio Network national syndication, WLW Cincinnati OH, WZON Bangor ME, KTSA San Antonio TX, WSBA Harrisburg PA, WVNU Cincinnati OH, KAHI Sacramento CA, AURN national syndication, Metro syndication Minneapolis MN, KMOX St. Louis MO.)

# Reviews
My business is advice ... whether I'm writing, consulting, or working to achieve my employer's goal, that's what I do, help people understand how to work online. And I'm glad to say people like what I've got to say ...



If you really want to build a functional Web site but don't have a lot of money or think you don't have enough skill, "Poor Richard's Web Site: Geek-Free, Commonsense Advice on Building a Low-Cost Web Site" might just be the book for you.
**Jonathon Austin,** *CNN Interactive*



[helps] guide you through this step and others involved in getting a Web site up and running.
**Patrick Marshall,** *Seattle Times*



**Poor Richard's Good Advice**
With all great new things comes a proliferation of hucksters and snake-oil salesmen, and the Internet is no exception. The antidote to this swirl of confusion lies in Peter Kent's *Poor Richard's Web Site*. The analogy to Ben Franklin's volume is appropriate: the book is filled with the kind of straightforward information the Founding Father himself would have appreciated.  **Jennifer Buckendorff, Amazon.com**



I've found a great book that explains it all: Poor Richard's Web Site. … This is a practical, no-nonsense guide that lucidly covers topics like how to set up a domain with the InterNIC, how to promote your Web site and how to actually use all those features that hosting services provide.
**David Methvin,** *Windows Magazine*



Hot Site ... Let Peter Kent provide what he calls "geek-free, commonsense advice" on building a low-cost site on the Web. *USA Today Web site*



**Book of the Month**
**Jerry Pournelle,** *BYTE Magazine*

We liked the level of rich, high-quality details that went into this publication. You can tell that Kent has poured all of his creative energies into the project. Yet he remained focused enough throughout the book to clearly define in plain English all of the technical information required to create and maintain a Web site. ... **We highly recommend this book.    Peter Cook and Scott Manning,** *Philadelphia Inquirer*



Covering all the basics in jargon-free English, he considers what you need to start, where to put your Web site, finding a host, how to pick and register a domain name, creating a site, choosing an editor, adding interaction and taking orders online, distribution lists, and registering your Web site. **Very well written**.  *Library Journal*



**Book of the Month.**
There was no question this month; *Peter Kent's Poor Richard's Web Site*, **a remarkable book whose subtitle tells it all**, is the undisputed Book of the Month winner. In clear, understandable language, Kent conveys an absolutely incredible amount of information on building and running a Web site.  **Richard Mann,** *ComputerCredible Magazine*

If you're gearing up to launch a Web site or you're looking to take an existing site to the next level, Poor Richard's offers clear advice to help you defend against jargon-happy sales people and computer magazines.  **Alan Joch,** *Fortune.com*

Want to set up a Web site but don't know where to begin? Get yourself a copy of Peter Kent's *Poor Richard's Web Site*.
*PC World*



... an encyclopedic treatment of every aspect—technical, financial, moral and social—of building and maintaining a Web site. It packs **more sound advice into a slender 424 pages than far bulkier and expensively-promoted books.** Author Peter Kent writes with vivacity and real expository skill. In his hands, technical subjects such as email forwarding and host selection become compelling reading.

**Cameron Laird & Kathryn Soraiz, *Web Server Online Magazine***



[A] good source [of information] with easy step-by-step directions is Peter Kent's *Poor Richard's Web Site*.

**Jenna Schnuer, *Publisher's Weekly***

**And many more ...**

Smartbooks.com, CMPNet's Techweb, Marketing Technology, Publishing for Entrepreneurs, Vancouver Business Journal, Computer Literacy Bookshops/Fatbrain, Printing News, Hill Times, MicroTimes, Entropy Gradient Reversals, Boardwatch, Home Office, San Diego Union-Tribune ... etc., etc.

# EXHIBIT D

**JS|HELD**                                                        **Schedule  1**

# W. Todd Schoettelkotte, CPA, CVA
*Executive Vice President*

333 Clay Street, Suite 3960
Houston, Texas 77002
713-335-5455 | tschoettelkotte@jsheld.com

**Certifications**
Certified Public Accountant, Texas
Certified Valuation Analyst

**Professional Affiliations**
State Bar of Texas' Grievance
Committee, Committee Member,
2004 – 2009

Federal Bar Association,
South Texas Chapter, Treasurer,
2007 – 2015

Institution for Law and Technology
Advisory Board Member

**Associations**
American Institute of Certified
Public Accountants

Texas Society of Certified Public
Accountants

Licensing Executives Society

National Association of Certified
Valuators and Analysts

**Education**
Master of Accounting
Rice University, Houston, TX

BS Management
Rice University, Houston, TX

W. Todd Schoettelkotte is an Executive Vice President within the Financial Investigations Division of J.S. Held LLC, a global consulting firm providing specialized technical, scientific, financial, and advisory services. Mr. Schoettelkotte has more than 25 years of experience in the evaluation and quantification of economic damages arising from patent, copyright and trademark infringement, and trade secret misappropriation disputes. His clients have included numerous Fortune 500 companies in a wide variety of industries including semiconductor, telecommunication, energy, consumer products, life sciences and computers (hardware, software and the internet).  Mr. Schoettelkotte has been recognized by Intellectual Asset Management Magazine as one of the leading patent damages experts in the United States. Mr. Schoettelkotte's background is in accounting, finance and economics, and he has a specific, focused understanding of those issues integral to the valuation and management of intellectual property.

**Intellectual Property Valuation**

Mr. Schoettelkotte has directed numerous valuation projects related to patents, trademarks and trade secrets. A significant portion of his practice is focused on the determination of royalty rates and terms for licensing agreements. Additionally, Mr. Schoettelkotte has conducted numerous studies involving lost profits and unjust enrichment.

In the process of assisting clients in the valuation of intellectual property assets, Mr. Schoettelkotte has participated in the identification and review of business plans, market studies, financial documents and other related information.

**Patent, Copyright and Trademark Infringement**

Mr. Schoettelkotte has performed market analyses/studies wherein the patented or copyrighted product is sold, assessed lost profits stemming from alleged infringements, evaluated the contribution of the patented process/method to the end product and established the economic value of the underlying intellectual property.

Mr. Schoettelkotte is skilled in the application of the Georgia-Pacific factors to the determination of reasonable royalty rates. He has determined reasonable royalty rates within patent infringement suits on many occasions in numerous industries. Over the course of his career, Mr. Schoettelkotte has reviewed hundreds of license agreements, providing a broad frame of reference for reasonable royalty damages analyses. Mr. Schoettelkotte has testified in federal and state court and arbitration proceedings on matters involving intellectual property valuation, lost profits, reasonable royalty and economic damages issues.

**Articles and Presentations**

"Intellectual Property Damages," Chicago-Kent College of Law, October 15, 2019

"Damages in Other Areas of Intellectual Property," The University of Arizona IP Conference, March 5, 2018

# W. Todd Schoettelkotte

"Impact of Recent Court Cases on 'Real World' Royalty Rates," LES (USA & Canada) Houston Chapter, July 20, 2017

"What is Discoverable and Admissible for Damages, Willfulness and Other Purposes," Intellectual Property Owners Association, March 21, 2011

"Strategies in Intellectual Property," Chicago Kent, College of Law, Spring 2004 – 2010

Damages, Part II: "Litigation Strategies" – 15th Annual Advanced Patent Law Institute - University of Texas School of Law, October 28-29, 2010

"IP Damages and Valuation," Global Intellectual Property Management, Georgetown University Law Center, July 2, 2008

"Keys for Effectively Working with Your Damages Expert Throughout the Litigation Life Cycle," Houston Bar Association, March 22, 2007

"Advanced Evidence and Discovery – Working With Experts From Start To Finish" – Texas Bar Association, April-May 2006

"Trademarks – Financial Disclosure and Corporate Governance" – International Trademark Association, Emerging Issues in Trademark Law Forum, February 2-3, 2006

"Valuation of IP – A Licensing Perspective" – Lighthouse Seminar Group, IP Licensing Nuts & Bolts, March 3, 2005

"Measuring the Value of Damages in Trademark Infringement Claims" – DuPont's 18th Annual CLE Intellectual Property Law Seminar, October 12, 2004

"Measuring the Value of Damages in Patent and Trademark Claims" – Houston CPA Society, September 2004

"Measuring Damages in Trademark Infringement and Related Claims in Light of Recent Court Decisions" – The 19th Annual Intellectual Property Law Conference – American Bar Association, April 1, 2004

"Intellectual Property Damages: Patents & Trademarks" – Houston CPA Society "Litigation and Valuation Services Committee," January 28, 2004

Co-Author: "Accounting for Attorneys" – University of Oregon School of Law, November 12, 2003

"What are the Financial Stakes in Litigation? What are the Costs and the Return on Investment (ROI) That Can Be Expected? The Question of Intangible Returns?" – 2003 Fourth International Conference on Intellectual Property by CNCPI, October 7, 2003, Paris, France

"Current Issues in the Analysis of Reasonable Royalties in Patent Infringement Actions" – 2003 Licensing Executives Society Annual Meeting, September 24, 2003

Co-Author FTI Consulting Training Course: "Calculating Damages in Patent Infringement – A Lost Profits and Reasonable Royalty Case Study," July 17, 2003



**W. Todd Schoettelkotte**
**Four Year List of Testimony**
**As of June 2022**

| CASE DESCRIPTION / TYPE OF TESTIMONY |
| --- |

*Unirac, Inc. v. EcoFasten Solar, LLC and Esdec, Inc.;* U.S. District Court, District of Delaware, Expert Reports, Deposition

*In the Matter of Certain Integrated Circuits, Chipsets, and Electronic Devices, and Products Containing the Same (Respondents)*; U.S. International Trade Commission, Washington, D.C., Rebuttal Expert Report, Deposition

*In the Matter of Certain High-Density Fiber Optic Equipment and Components Thereof (Complainant)*; U.S. International Trade Commission, Washington, D.C., Expert Report, Deposition, Witness Statement, Hearing; Enforcement Proceeding - Expert Report, Supplement to the Expert Report, Deposition, 2nd Supplement to the Expert Report, 3rd Supplement to the Expert Report, Witness Statement, 4th Supplement to the Expert Report, Supplement to Witness Statement, Hearing

*Blue Mountain Holdings, Ltd., et al. v. Bliss Nutraceticals LLC, et al.*; U.S. District Court, Northern District of Georgia (Atlanta), Expert Report, Deposition

*Gibson Brands, Inc. v. Armadillo Distribution Enterprises, Inc. and Concordia Investment Partners, LLC*; U.S. District Court, Eastern District of Texas (Sherman), Rebuttal Expert Report, Deposition, Supplemental Rebuttal Expert Report, Trial

*Conformis, Inc. v. Medacta USA, Inc. and Medacta International SA;* U.S. District Court, District of Delaware, Rebuttal Expert Report, Supplemental Rebuttal Expert Report, Deposition

*In the Matter of Certain Silicon Photovoltaic Cells and Modules with Nanostructures, and Products Containing Same (Respondents);* U.S. International Trade Commission (Washington, D.C.), Expert Report, Deposition, Witness Statement, Hearing

*EcoFactor, Inc. v. Google LLC;* U.S. District Court, Western District of Texas (Waco), Expert Report, Deposition, Supplemental Report, Trial, Declaration

*G.W. Lisk Company, Inc. v. GITS Manufacturing Company*; U.S. District Court, Southern District of Iowa (Central); Expert Report, Reply Report, Deposition

*Pavemetrics Systems, Inc. v. Tetra Tech, Inc. and Tetra Tech Tas Inc.*; U.S. District Court, Central District of California (Los Angeles), Expert Report, Deposition

*Bay Materials, LLC v. 3M Company*; U.S. District Court, District of Delaware (Wilmington), Declaration, Deposition

*Wonderland Switzerland AG v. Evenflo Company, Inc.*; U.S. District Court, District of Delaware (Wilmington), Expert Report, Reply Report, Deposition

*American Eagle Outfitters, Inc. and Retail Royalty Company v. Walmart, Inc.*; U.S. District Court, Western District of Pennsylvania (Pittsburgh), Expert Report, Rebuttal Report, Deposition



### W. Todd Schoettelkotte
### Four Year List of Testimony
### As of June 2022

| CASE DESCRIPTION / TYPE OF TESTIMONY |
|---|

_Simply Wireless, Inc._ v. T-Mobile US, Inc., et al.; U.S. District Court, Eastern District of Virginia (Alexandria), Expert Report, Reply Report, Deposition, Sur-Sur Reply Report

_Gentex Corporation_ v. Galvion LTD and Galvion Inc.; U.S. District Court, District of Delaware (Wilmington), Expert Report, Reply Report, Deposition

Kirsch Research and Development, LLC v. _DuPont de Nemours, Inc., FT Synthetics, Inc. and Atlas Roofing Corporation_; U.S. District Court, Eastern District of Texas (Texarkana), Expert Report, Deposition

_Malvern PanAnalytical Inc._ v. TA Instruments-Waters LLC and Waters Technologies Corporation; U.S. District Court, District of Delaware (Wilmington), Expert Report, Rebuttal Report, Reply Report, Deposition

Finalrod IP, LLC v. _Endurance Lift Solutions, Inc.;_ U.S. District Court, Eastern District of Texas (Marshall), Expert Report, Deposition

Pierce Manufacturing, Inc. and Oshkosh Corporation v. _E-One, Inc. and REV Group, Inc._; U.S. District Court, Middle District of Florida (Tampa), Declaration, Expert Report, Deposition, Trial

_Polar Electro Oy_ v. Suunto Oy, et al.; U.S. District Court, District of Utah (Central), Expert Report, Deposition

_Wonderland Switzerland AG_ v. Evenflo Company, Inc., et al.; U.S. District Court, District of Delaware (Wilmington), Expert Report, Reply Report, Deposition, Trial

Lufkin Industries, Inc. v. _International Business Machines Corporation, et al._; 159th Judicial District Court of Angelina County, Texas, Expert Report #1, Supplemental Report #1, Expert Report #2, Supplemental Report #2, Deposition

_The Hillman Group, Inc._ v. KeyMe, LLC; U.S. District Court, Eastern District of Texas (Marshall), Expert Report, Deposition #1, Consolidated Report, Deposition #2

Team Worldwide Corporation v. _Academy, LTD d/b/a Academy Sports + Outdoors, et al._; U.S. District Court, Eastern District of Texas (Marshall), Expert Report, Rebuttal Report, Deposition #1, Deposition #2, Supplemental Report

_Nevro Corp._ v. Boston Scientific Corporation, et al.; U.S. District Court, Northern District of California (San Francisco), Expert Report, Supplemental Report, Deposition, Declaration

Carnegie Institution of Washington, et al. v. _Pure Grown Diamonds, Inc., et al.;_ U.S. District Court, Southern District of New York (Foley Square), Expert Report, Supplemental Report, Deposition

In the Matter of Certain High-Density Fiber Optic Equipment and Components Thereof (_Complainant_); U.S. International Trade Commission, Washington, D.C., Expert Report, Deposition, Witness Statement, Hearing

_Nissei ASB Co. and Nissei ASB Machine, Co., LTD._ v. R&D Tool & Engineering Co.; U.S. District Court, Western District of Missouri (Western), Expert Report, Reply Report, Deposition



**W. Todd Schoettelkotte**
**Four Year List of Testimony**
**As of June 2022**

| CASE DESCRIPTION / TYPE OF TESTIMONY |
| --- |

*Jager Pro Incorporated* v. *Bull Creek Welding and Fabrication, Inc.*; U.S. District Court, Eastern District of Arkansas (Central), Expert Report, Deposition

*CFA Institute* v. *American Society of Pension Professionals & Actuaries, et al.*; U.S. District Court, Western District of Virginia (Charlottesville), Expert Report, Deposition

*Legacy Separators, LLC, et al.* v. *Halliburton Energy Services, Inc., et al.*; U.S. District Court, Southern District of Texas (Houston), Expert Report, Rebuttal Report, Deposition, Supplemental Report, Second Supplemental Report, Deposition #2, Trial

*Saracen LLC, Saracen Energy Power Advisors LP, Saracen Energy Advisors LP, collectively d/b/a The Saracen Group of Companies* v. *Sylvain Ross and Marginal Unit, Inc.*; U.S. District Court, Southern District of Texas (Houston), Expert Report, Supplemental Report, Second Supplemental Report, Third Supplemental Report, Revised Third Supplemental Report, Trial

*Innovation Sciences, LLC* v. *HTC Corporation*; U.S. District Court, Eastern District of Texas (Sherman), Expert Report, Deposition

*In the Matter of Certain Digital Video Receivers, Broadband Gateways, and Related Hardware and Software Components (Respondents)*; U.S. International Trade Commission, Washington, D.C., Expert Report, Deposition, Hearing

*Under Armour, Inc.* v. *Battle Fashions, Inc. and Kelsey Battle*; U.S. District Court, Eastern District of North Carolina (Western), Expert Report, Deposition, Supplemental Report

*BlueRadios, Inc.* v. *Kopin Corporation, Inc.*; U.S. District Court, District of Colorado (Denver), Expert Report, Deposition

*Finalrod IP, LLC and R2R and D, LLC d/b/a Superod* v. *John Crane, Inc., et al.*; U.S. District Court, Western District of Texas (Midland), Expert Report, Rebuttal Report, Supplemental Report, Deposition

*In the Matter of Certain Wireless Mesh Networking Products and Related Components Thereof (Complainant)*; U.S. International Trade Commission, Washington, D.C., Expert Report, Deposition, Witness Statement, Hearing

*Liqwd, Inc. and Olaplex LLC* v. *L'Oréal USA, Inc., et al.*; U.S. District Court, District of Delaware (Wilmington), Declaration, Deposition #1, Supplemental Declaration, Deposition #2, Expert Report, Deposition #3, Trial

*Nevro Corp.* v. *Stimwave Technologies, Inc.*; U.S. District Court, District of Delaware (Wilmington), Declaration, Deposition, Reply Declaration

*XY, LLC* v. *Trans Ova Genetics, LC*; U.S. District Court, District of Colorado (Denver), Expert Report, Deposition, Trial, Declaration

*Maui Jim, Inc.* v. *SmartBuy Guru Enterprises, et al.*; U.S. District Court, Northern District of Illinois (Eastern), Expert Report, Deposition

*MPEG LA, L.L.C.* v. *Toshiba America Information Systems, Inc.*; Supreme Court of the State of New York, County of New York, Expert Report, Deposition

 **JS|HELD**

**W. Todd Schoettelkotte**
**Four Year List of Testimony**
**As of June 2022**

| CASE DESCRIPTION / TYPE OF TESTIMONY |
|---|

*Team Worldwide Corp. v. Intex Recreation Corp, et al.*; Federal Arbitration, Inc., Hearing

*Justice Laub and Daniel Kanes v. Nicholas Horbaczewski, Drone Racing League, Inc., et al.*; U.S. District Court, Central District of California (Western), Expert Report, Deposition

*ASM Holding B.V. v. Hitachi Kokusai Electric, Inc.*; International Centre for Dispute Resolution, Hearing

*Power Integrations, Inc. v. Fairchild Semiconductor International, Inc., et al.*; U.S. District Court, District of Delaware (Wilmington), Expert Report, Deposition, Supplemental Report, Trial, Declaration

*SKC Kolon PI, Inc. v. Kaneka Corporation*; U.S. District Court, Central District of California (Southern), Expert Report, Deposition, Supplemental Report

*Nucap Industries, Inc. and Nucap US Inc. v. Robert Bosch LLC, et al.*; U.S. District Court, Northern District of Illinois (Chicago), Expert Report, Rebuttal Report, Deposition, Declaration

*In the Matter of Certain Subsea Telecommunications Systems and Components Thereof (Complainants)*; U.S. International Trade Commission, Washington, D.C., Expert Report, Deposition, Hearing

*In the Matter of Certain Digital Video Receivers and Related Hardware and Software Components (Respondents)*; U.S. International Trade Commission, Washington, D.C., Expert Report, Deposition, Hearing

*Video Gaming Technologies, Inc. v. Castle Hill Studios LLC and Ironworks Development, LLC, et al.*; U.S. District Court, Northern District of Oklahoma (Tulsa), Expert Report, Deposition

*Princeton Digital Image Corporation v. Konami Digital Entertainment Inc., Harmonix Music Systems, Inc. and Electronic Arts, Inc.*; U.S. District Court, District of Delaware (Wilmington), Expert Report, Deposition, Supplemental Report

*In the Matter of Certain Submarine Telecommunication Systems and Components Thereof (Respondents)*; U.S. International Trade Commission, Washington, D.C., Expert Report, Deposition

*Tellus Oilfield, Inc., et al. v. Conroe Machine, LLC, et al.*; In the 410th Judicial District Court, Montgomery County, Texas, Deposition

*In the Matter of Certain LED Lighting Devices, LED Power Supplies, and Components Thereof (Complainants)*; U.S. International Trade Commission, Washington, D.C., Expert Report, Supplemental Report, Deposition, Witness Statement, Hearing

*Illinois Tool Works Inc., on behalf of its ITW Global Brands division v. Rust-Oleum Corporation*; U.S. District Court, Southern District of Texas (Houston), Expert Report, Trial

*Team Worldwide Corporation v. Walmart Inc., et al.*; U.S. District Court, Eastern District of Texas (Marshall), Expert Report, Deposition



**W. Todd Schoettelkotte**
**Four Year List of Testimony**
**As of June 2022**

| CASE DESCRIPTION / TYPE OF TESTIMONY |
| --- |

*Marjam Supply Company of Florida, LLC and Marjam Supply Company v. Pliteq, Inc., Ultimate RB, Inc., and Paul Downey*; U.S. District Court, Southern District of Florida (Miami), Preliminary Expert Report, Expert Report, Deposition, Trial