SANJIV N. SINGH, A PROFESSIONAL LAW CORPORATION
Sanjiv N. Singh (SBN 193525)
1650 S. Amphlett Blvd. Suite 220
San Mateo, CA 94402
Phone: (650) 389-2255
Email: ssingh@sanjivnsingh.com

INDRAJANA LAW GROUP, A PROFESSIONAL LAW CORPORATION
Michael B. Indrajana (SBN 258329)
1650 S. Amphlett Blvd. Suite 220
San Mateo, CA 94402
Phone: (650) 597-0928
Email: michael@indrajana.com

Attorneys for Plaintiff The Cookie Department, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| **THE COOKIE DEPARTMENT, INC.,** a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**THE HERSHEY COMPANY,** a Delaware Corporation; **ONE BRANDS, LLC**, a Foreign Limited Liability Company; AND DOES 1 TO 50, INCLUSIVE.<br><br>Defendants. | Case No.: 4:20-cv-09324-KAW<br><br>**PLAINTIFF THE COOKIE DEPARTMENT INC.'S STATEMENT OF EXPERT WITNESS QUALIFICATIONS AND EXPERIENCE** |

1    TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

2    Pursuant to Federal Rules of Civil Procedure Rule 26(a)(2) and this Court's March 29,

3    2021 Order (ECF Docket No. 28), Plaintiff submits the following exhibits setting forth the

4    qualifications and experience of the experts as follows:

5    **1.      Brand and Marketing Expert – Rhonda Harper**

6    Ms. Harper's qualifications and experience are attached hereto as **Exhibit A**.

7    **2.      Digital Marketing and Search Engine Optimization (SEO) Expert –**

8    **Amanda Schlumpf**

9    Ms. Schlumpf's qualifications and experience are attached hereto as **Exhibit B**.

10   **3.      Financial Damages Expert – Jeff Anderson**

11   Mr. Anderson's qualifications and experience are attached hereto as **Exhibit C**.

13                                       Respectfully Submitted by,

15   Dated:  October 4, 2022              SANJIV N. SINGH, A PROFESSIONAL LAW
                                          CORPORATION

16
                                         */s/ Sanjiv N. Singh*
17                                       Sanjiv N. Singh

19   Dated:  October 4, 2022              INDRAJANA LAW GROUP, A
                                          PROFESSIONAL LAW CORPORATION

20
                                         */s/Michael B. Indrajana*
21                                       Michael B. Indrajana

22                                       Attorneys for PLAINTIFF THE COOKIE
                                         DEPARTMENT, INC.

PLAINTIFF THE COOKIE DEPARTMENT INC.'S STATEMENT OF EXPERT WITNESS
QUALIFICATIONS AND EXPERIENCE

EXHIBIT A



# INTRODUCTION

1) My name is Rhonda J. Harper. I am a marketing, branding, and consumer expert retained by the Plaintiff in connection with the action styled *The Cookie Department, Inc. v. The Hershey Company, One Brands, LLC, and Does 1 to 50 Inclusive* in the Northern District of California, Case No 3:20-cv-09324.

2) The Plaintiff alleges trademark infringement regarding the mark TOUGH COOKIE®.  I have been asked to opine based on my experience and expertise as to whether Defendants' use of the mark TOUGH COOKIES ONLY has caused or is likely to cause consumer confusion. I have also been asked to opine on the normal protocol for trademark and copy review and compliance followed by marketing departments in large corporations when they are considering new logos and copy or rebranded logos and copy.

# EXPERT QUALIFICATIONS

3) I am the owner and manager of Harper Litigation Consulting and Research LLC, a firm that I founded in 2011 to provide litigation support counsel and research to companies. I began this work in 2005 under another company that I owned and managed, RTM&J, a marketing consultancy, which closed in 2010.

4) I have worked with more than 150 law firms as both a consultant and an expert witness in cases involving trademarks, trade dress, branding, marketing, sponsorships, public relations, promotion, retailing, portfolio marketing, licensing, and advertising regarding industry customs and practices. I have testified in state and federal courts as well at arbitrations.

5) In Appendix A, a copy of my curriculum vitae is attached as Exhibit 1, and my professional history brief is included as Exhibit 2. A list of cases in which I have given sworn expert witness testimony during the past four years is attached as Exhibit 3.



6)      My opinions are reflective of the knowledge and insights that I have gained over the course of a 35-year career working at the highest levels in the real world of marketing, retailing, strategy, promotion, communications, branding, public relations, and advertising across a range of industries.

7)      After graduating with a Bachelor of Science degree from Illinois State University in 1984, I taught high school mathematics for two years before attending Emory University Goizueta Business School and earning a Master of Business Administration degree in 1988.

8)      I began my marketing career working for the American Red Cross' national headquarters, where I was first responsible for blood donations and then corporate giving and strategy, including the newly created cause-related marketing that partnered with product and brand marketers to receive a portion of revenues from collaborative consumer advertising and promotion programs.

9)      I then moved to the private sector and started working for Warner-Lambert and Nabisco Biscuit. As the divisional promotion manager for Consumer Healthcare ($1 billion annual revenue), I led the $100 million promotion budget and team for Warner-Lambert's brands, including Listerine, Efferdent, Benadryl, Sudafed, Actifed, Zantac, and Lubriderm. As the acting director for promotional marketing for Nabisco Biscuit ($4 billion annual revenue), with a $200 million budget, I led the promotional marketing, including sponsorships and licensing, for products including Oreo, Chips Ahoy!, Ritz, Triscuit, Wheat Thins, and Snackwell's.

10)     I later held the chief marketing officer and vice president of marketing positions at two Fortune 500 corporations, in the Vanity Fair Intimates (VFI) division ($1.5 billion annual revenue) of VF Corporation, at the time the world's largest apparel manufacturer, and Sam's Club ($40 billion annual revenue) of Walmart, at the time the world's largest retailer,



respectively. With budgets exceeding $30 million at VFI and $150 million at Sam's Club, my responsibilities included overseeing all consumer marketing functions, including branding, research/insights, strategy, print/production, promotions, in-store merchandising, creative services, communications, licensing, sponsorships, and advertising. I also managed all the firms' advertising, promotion, and public relations agencies and consulting companies.

11) In 2002, I launched and managed RTM&J, an organic growth strategic marketing consultancy. The following represents a selection of RTM&J's projects: global web strategy, IBM; private brand strategy, The Home Depot; consumer needs and retail strategies, The Coca-Cola Company; innovation (new product development) pipeline, Tyson Foods; cereal platform, Kellogg's; multicultural roadmaps for merchandising, marketing, operations, and human resources, Target; new product commercialization, SC Johnson; segmentation and communication strategies, Arby's; Hispanic marketing, Papa Johns; and, user experience, Washington Mutual/Chase.

12) I was also the former general manager, senior vice president, and office manager for Ketchum, the third-largest global public relations and communications firm at the time. I led the team in the southern half of the United States, which comprised more than 120 professionals and was the firm's second-largest income-generator worldwide. My office's clients included The Home Depot, FedEx, Nokia, Cingular/AT&T, and IBM.

13) I was also the former global marketing communications director for United Parcel Service (UPS) ($55 billion annual revenue), where I led internal and external marketing communications and advertising along with all the advertising, promotion, and digital agencies. Of note, I managed the launch of the groundbreaking consumer program UPS My



Choice, providing the first real-time ability to change package deliveries and eliminating the need for long-used paper info-notices.

14)     In 2014, I founded Penrose Check-In Services, a subscription-based service that uses its proprietary app to check in on seniors on behalf of family members. Check-In Services staff visit seniors and assess 150 items across the 7 following quality-of-life factors: well-being, safety, comfort, cleanliness, maintenance, supplies, and caregiver observations. I received many industry accolades: winner, North American Finalist 2017, Cartier Women's Initiative (a global business case competition co-sponsored by McKinsey & Co.); winner, AARP Innovation@50+ 2016 Best Start-up for Seniors (national award); winner, 2016 Dallas 100 Entrepreneur Award; and winner, American Geriatrics Society Top 15 Start-Up Firms 2016 (national award).

15)     In 2004, I co-founded Leadership Worth Following, a premier leadership identification and coaching firm in Dallas, Texas, and served on its board of directors for eight years.

16)     I served on the board of directors of the Brand Activation Association (also known as the Promotion Marketing Association) and the Insights Association (also known as the Market Research Association). I have taught undergraduate and graduate school marketing, research, and strategy at American University (Washington DC) and Fairleigh Dickinson (Madison, New Jersey). I have also guest lectured on marketing, promotion, public relations, communications, research, retail, consumer behavior, and strategy at Harvard University (Boston, Massachusetts), Emory University (Atlanta, Georgia), and the College of William and Mary (Richmond, Virginia). At Emory University Goizueta Business School, I served as a case competition judge for ten years and as a member of the board of directors for the Alumni Association for three years.



17) Relevant to the present case, I worked on consumer package goods (CPG) package designs for Listerine (glass to plastic bottle), Listerine Toothpaste (new product launch), Efferdent with Listerine (new product launch), Ritz (promotional package), early versions of Oreo Minis (small Oreos in a small package), Sam's Club Member's Mark products, along with dozens of hangtags and other packaging items for apparel.

18) Relevant to the present case, for 35 years, across nearly every brand, I also managed advertising, promotion, public relations, and packaging departments and agencies. I am intimately familiar with the process of developing brands, brand guidelines, packaging, copy, brand names, headlines and taglines, and campaigns.

## BACKGROUND[1]

19) Below is my understanding of the background in the present case.

20) Plaintiff, The Cookie Department, Inc. ("TCD") is a California Corporation with offices in Berkeley, California, County of Alameda and Portland, Oregon. TCD is engaged in the development, production, advertising, and sale of cookie products, and has been doing so since 2009. TCD's current offerings include soft baked keto friendly cookies and its classic FULLY FUNCTIONAL COOKIES® product lines. As part of its FULLY FUNCTIONAL COOKIE product line, TCD has marketed a protein cookie with the mark TOUGH COOKIE since as early as December 2011.[2] The TOUGH COOKIE protein cookie sold continuously through 2019, was off market during the pandemic for reformulation, and is set to return to the market in the summer of 2022.[3]

---

[1] Plaintiff's First Amended Petition for Declaratory Judgment.
[2] TCD-018438 (Kickstarter Project launching on December 15, 2021).
[3] Deposition of Akiva Resnikoff, p. 126.



21)     Defendants are ONE Brands, LLC and The Hershey Company ("Hershey"). Hershey is a
        Delaware Corporation with its headquarters at 19 East Chocolate Avenue, Hershey,
        Pennsylvania 17033. Hershey is engaged worldwide in the production, advertisement, and
        sale of chocolates, candies, and other snacks, as well as a range of other food products.

22)     On December 23, 2020, TCD filed a trademark infringement lawsuit against Hershey and
        ONE Brands LLC, alleging that both companies are and were infringing TCD's TOUGH
        COOKIE® registration in connection with ONE Brands' ONE Protein Bar Chocolate Chip
        Cookie Dough Flavored Protein Bar in which the packaging and marketing materials use the
        term "TOUGH COOKIES ONLY" on a wrapper that advertises a high protein content and
        shows the image of what appears to be cookie dough or cookie morsel in the shape of a
        cookie.

## ASSIGNMENT

23)     On behalf of counsel for the Plaintiff's counsel, Sanjiv N. Singh PLC, I have been asked to
        provide an opinion regarding the likelihood of confusion as to the source of Defendants'
        ONE Protein Chocolate Chip Cookie Dough Flavored bar being put out by or
        associated/affiliated with the Plaintiff (i.e., forward confusion) and/or Plaintiff's TOUGH
        COOKIE® product being put out by or associated/affiliated with the Defendants (i.e.,
        reverse confusion).  I have also been asked to opine on the normal protocol for trademark
        and copy review and compliance followed by marketing departments in large corporations
        when they are considering new logos and copy or rebranded logos and copy.

24)     My opinions as set forth herein are based, among other things, on the following:

        •   My 35-years of professional experience in the marketing and retail industries as detailed
            in Appendix A;



*Exhibit 1: Rhonda Harper Resume*

<u>Owner, Harper Litigation Consulting and Research, Dallas, TX</u> – Retained by 125 law firms to provide consulting, research, and expert witness services in cases involving the Lanham Act, trademarks, trade dress, patents, defamation, commercial reasonableness, licensing, retail merchandising, misleading advertising, likelihood of confusion, genericness, and secondary meaning. Experience: federal, state, DE chancery, all circuits, JAMS, USPTO, TTAB, USTTB. Courtroom and arbitration qualified. Class action cases. 2005 – present.

<u>Founder, Owner & CEO, Penrose Check-In Services, Dallas, TX</u> – Created the senior care auditing category and career field. Penrose Check-In Services was the first and only nationwide tech-/app-enabled service that provided family oversight of seniors. Winner: AARP Top 10 Innovation Health/Tech Start-Ups 2016, Geriatrics Society of America's Top 15 Innovation Tech for Seniors Start-Ups 2016, Cartier/McKinsey Women's Initiative 2017. 2013-2019.

<u>Global Director, Communications, UPS, Atlanta, GA</u> - Led the global marketing communications team for all business products, services, and agencies. Successfully launched UPS My Choice, the company's first B2C initiative and the largest launch in its history. Responsible for all global agencies. 2011-2012.

<u>GM/SVP, Ketchum Public Relations, Atlanta, GA</u> - Led the Atlanta and Dallas offices of 100+ professionals for a top three global agency. Managed the second largest P&L serving the southern half of the U.S. Increased client income 33%. Launched practices including social media, retail, and energy. 2005-2007.

<u>Founder & CEO, RTM&J, Atlanta, GA</u> - Founded and led an organic growth strategy and research boutique consultancy. Select projects include global web strategy, IBM; private brand strategy, The Home Depot; brand repositioning, HSN; retail strategy, The Coca-Cola Company; innovation pipeline, Tyson Foods; cereal platform, Kellogg's; multicultural corporate-wide roadmap, Target; portfolio brand positioning, Russell Athletic; new product commercialization, SC Johnson; segmentation strategy, Arby's; Hispanic marketing, Papa Johns; in-bank user experience, Washington Mutual. 98% client repeat. 2003 – 2010

<u>Vice President of Marketing, Sam's Club, and, Corporate Officer, Walmart. Bentonville, AR</u> - Top marketing officer reporting to the CEO. Led brand, marketing, strategic planning, creative services, production, advertising, promotion, public relations, interactive, research / insights, CRM, direct/database marketing, interactive, in-store merchandising, and signage for Sam's Club globally, a $40 billion division with 40 million members. Responsible for all agencies. Launched Shopper Marketing, now 25% of marketing budgets nationwide. 2000-2002.



Vice President of Marketing, Vanity Fair Intimates and, Corporate Officer, VF Corp. Alpharetta, GA - Top marketing officer reporting to the president. Led brand, marketing, strategic planning, licensing, brand, trade, creative, research / insights, innovation, in-store merchandising, communications, direct mail, advertising, promotion, public relations, and interactive for VFI, a $1.5 billion division of the world's largest apparel manufacturer. Managed a ~$40 million budget. Launched #1 product in chain stores, #1 brand in mass merchandisers.1998-2000.

1984 – 1998

Promotional Marketing Director, Nabisco Biscuit. E. Hanover, NJ. Led team for all promotional marketing for $4 billion Biscuit Division. Promotional Marketing Division Manager, Warner Lambert. Morris Plains, NJ. Member of the Listerine team, a $300 million business. Subsequently led team promotional marketing for the $1.5 billion consumer healthcare division. Marketing Director and Corporate Development Manager, American Red Cross. Washington DC. Increased blood collections by 22% through database marketing. Created a diversified revenue stream strategy, raising more than $400 million annually. High School Math Teacher. Atlanta, GA. Created a management and discipline program that was shared system wide. Created curriculum and increased the state student passage rate by 76%. Voted "Teacher of the Year."

EDUCATION

MBA, Emory University Goizueta Business School, 1988 – Business School Vice-President
BS, Education / Math Resource, Illinois State University, 1984 – Faculty Student Advisor

OTHER EXPERIENCE

Former Board Member, Partnership Against Domestic Violence www.padv.org
Former Board Member, Emory University Goizueta Business School Alumni Association
Former Board Member, Promotion Marketing Association (aka Brand Activation Association)
Former Board Member, Market Research Association (aka Insights Association)
Former Adjunct MBA Marketing Professor, American University and Fairleigh Dickinson
Member, International Trademark Association
Member, Marketing Research Institute
Member, Association of National Advertisers
Member, American Marketing Association
Co-Founding Board Member Emerita, Leadership Worth Following
Founder/Owner, Harper Street LLC
Founder/Owner, WHIMY LLC
Founder/Owner, Americans for Truth in Political Advertising
Keynote Speaker: Fortune 500 corporations, Top 20 universities, and Leading trade associations



*Exhibit 2: Professional Overview*

PROFESSIONAL EXPERIENCE_____

Expert Witness, Harper Litigation Consulting and Research
Chief Marketing Officer & VP Marketing, Walmart Sam's Club
Chief Marketing Officer & VP Marketing, VF Corporation VFI
Senior Vice President & General Manager, Ketchum Communications
Global Director, Marketing Communications, UPS
Marketing Promotion Director, Nabisco Biscuit Division

PROFESSIONAL AFFILIATIONS_____

Board of Directors, Member, Speaker, Brand Activation Association
Board of Directors, Member, Speaker, Insights Association
Member, International Trademark Association
Member, Data & Marketing Association
Member, Speaker, American Marketing Association
Member, Speaker, Institute of International Research
Member, American Association for Public Opinion Research
Member, Speaker, Public Relations Society of America

EDUCATION_____

Master of Business Administration (MBA), Emory University – VP, Business School
Bachelor of Science (BS), Education / Math Resource, Illinois State University – Faculty Advisor

OTHER EXPERIENCE_____

Founder & CEO, Penrose Check-In Services LLC
      International Winner: Cartier Women's Initiative 2017, co-sponsored by McKinsey & Co.
      National Winner: AARP Innovation@50+, Best New Start-Up
      National Winner: American Geriatrics Association, 10 Best New Start-Ups
Founder & CEO, RTM&J LLC
Co-Founder and Board of Directors, Leadership Worth Following
Founder/Owner, Harper Street LLC
Founder/Owner, WHIMY LLC
Founder/Owner, Americans for Truth in Political Advertising
Adjunct Marketing Professor, American University and Fairleigh Dickinson
MBA Case Competition Judge, Emory University
Board of Directors Member, Emory University Goizueta Business School Alumni Association

*Note: The Chief Marketing Officer position title was not available at Walmart or VF Corporation.*
*However, Ms. Harper held the highest marketing position and was an Officer of both companies.*



**Exhibit 3: Rhonda Harper Rule 26 Testimony Experience 2018-2022**

Diana Ismailyan, Robert Alan Leder, and Jeff Torres, individually and on behalf of all others similarly situated v. Apple Inc. DOES 1 to 100, inclusive

Kenco Bucket Trucks, LLC v. VersaBucket, LLC, Charles Rollins, and Nick Roberts

Think Green Limited d/b/a Haakaa v. Medela AG and Medela LLC

Michael Lavine et al v. Herbalife, LTD, et al

River Light V, L.P. and Tory Burch LLC v. Olem Shoe Corporation

Sitelock LLC v. GoDaddy.com LLC

Louis Schwarz and Doris Schwarz v. The Villages Charter School Inc., The Holding Company of The Villages, Inc., and Randy McDaniel

Farjad Fani, Matt Johnson Finance, Inc., MyPhoneFax.com, LLC v. Shartsis Friese LLP

Jalinski Advisory Group, Inc. v. JBL Financial Services, Inc.

Ball Up, LLC v. Strategic Partners, Inc., Strategic Distribution, L.P., and Strategic General Partners, LLC

Toyota Motor Sales, USA, Inc., and Toyota Motor Corporation v. Richard Rentrop, d/b/a TVD Vinyl Decals

NEW NGC, INC. d/b/a National Gypsum Company, NGC INDUSTRIES, LLC, and National Gypsum Properties, LLC, v. Alpinebay, Inc.

Restoration Hardware Inc. v. Bungalow Home, LLC

Taco Mamacita, LLC f/k/a Taco Rosa LLC v. Wilco Holdings, LLC

The State of Idaho v. Chad Daybell and Lori Vallow

Jalinski Advisory Group, Inc. v. Franklin Retirement Solutions Inc.

JUUL Labs, Inc. v. 4X PODS, EONSMOKE, LLC d/b/a 4X PODS, Gregory Grishayev, Michael



Tolmach, and John Does 1-50

Liqwd, Inc. and Olaplex LLC, v. L'Oreal USA, Inc., L'Oreal USA Products, Inc., L'Oreal USA S/D, Inc., and Redken 5th Avenue NYC, LLC

# EXHIBIT B



## 1.   EXPERT QUALIFICATIONS

### 1.1   Amanda Schlumpf Expertise Summary

I have worked extensively for over 17 years in the marketing services sector, supporting a diverse set of Fortune 500 clients in modernizing, enhancing, and implementing digital marketing and customer experience solutions.

In 2021, I launched BGX Solutions LLC, a private consulting practice, to help clients leverage their digital investments to drive enhanced digital marketing programs and customer experiences at scale. As the owner and managing consultant, I advise clients regarding the development of digitally enabled and modernized marketing strategies to drive necessary business changes in tandem with enhanced digital experiences.

Prior to my full-time commitment to BGX Solutions, LLC in February of 2022, I was the Senior Vice President and Head of Strategy Solutions at Ansira, one of the largest privately held digital marketing agencies in North America. In this role, I developed solutions for expansive digital transformation, digital marketing, and consumer loyalty strategies for companies such as Lululemon, Nestlé, Purina, 7-Eleven, Inc., The Coca-Cola Company, McKesson Corporation, Anheuser-Busch, Chick-Fil-A, and Luxco, Inc. (a privately owned producer and marketer of distilled beverages and liqueurs.) I was responsible for the strategic planning, implementation, analysis, and optimization of digital transformation and marketing solutions. I managed multiple departments, including a strategy consulting group, research practices, an experience design department, and marketing planning teams.

I maintain my own private platform licenses for search engine optimization (SEO) (i.e., organic search), search engine marketing (SEM), social reach, and sentiment analysis. These research and analytics tools assist in my analyses of consumer behavior and digital marketing trends.[1]

My opinions are based on my 17 years of professional experience in the successful design and optimization of digital marketing and e-commerce solutions for industry leaders. This experience includes leading, implementing, and analyzing digital platform performances and marketing solutions across the full ecosystem.

I have developed solutions for companies and industries of varied sizes, from scaled global digital implementations and marketing executions to local and regional activations. Throughout my career, I have been a leading contributor to and consultant for research and industry news organizations, such as Forrester and CMS Wire, as well as publishing multiple whitepapers and trend reports.[2]

In the fall of 2021, my digital marketing and transformation expertise was sought to provide expert opinions for a federal case in the retail category. Since then, I have been engaged in four

---

[1] License examples include the following: SpyFu Search and SEO platform, SEM Rush, Awario Social Listening Tool, and Sentiment Analysis.

[2] Forrester is a leading global market research company that helps organizations exceed customer demands and excel in technology. https://www.forrester.com.



additional cases that concern bridging gaps between the current digital landscape, the digital consumer experience, and their subsequent impacts (reference appendix exhibit 2).

## 2.  BACKGROUND

### 2.1    The Cookie Department, Inc.

The Plaintiff, The Cookie Department, Inc. ("TCD"), is a California Corporation authorized to do business and is doing business in the State of California, in various counties in the State of California. It has offices in Berkeley, California, County of Alameda, and Portland, Oregon.

TCD began selling a protein cookie, "TOUGH COOKIE," in 2011 and subsequently obtained the registered trademark for TOUGH COOKIE. TCD's TOUGH COOKIE protein cookie, which was sold continuously both off and online from 2011 through 2019. It was reformulated from 2019 to 2021 and is set to return to the market in 2022.

### 2.2    The Hershey Company and One Brands, LLC

The Defendants, The Hershey Company, is a Delaware Corporation with its headquarters and principal place of business in Pennsylvania. The Defendants are engaged worldwide in the production, advertisement, and sale of chocolates, candies, and other snacks as well as a range of other food products.

The Defendants, One Brands, LLC ("One Brands"), is a Foreign Limited Liability Company and a wholly owned subsidiary of The Hershey Company. Its headquarters and principal place of business in North Carolina. One Brands is engaged in the production, advertisement, and sale of a variety of snack bars, health bars, workout protein bars, and a variety of other snack products. The company was rebranded in 2017, and it began producing a protein snack that was marketed using imagery suggestive of cookies and the personality tag "TOUGH COOKIES ONLY."

For clarification in this report, "Defendants" will be used throughout. When it is applicable to pre-acquisition, "Defendants" implicates the conduct of One Brands, and when it is applicable post-acquisition, it potentially implicates both Defendants.

## 3.  ASSIGNMENT

### 3.1    Scope of Engagement

In accordance with the independent contractor agreement dated March 21, 2022, with Harper Litigation Consulting and Research ("HLCR"), BGX Solutions, LLC ("BGX") was engaged to assist with the assessment and analysis of online and digital behavior, digital experiences, and digital marketing tactics in connection with this case.

Specifically, BGX was asked to conduct a complete digital analysis regarding the Defendants' usage of "TOUGH COOKIES" for its One Brands products and how this usage may have caused confusion among consumers regarding whether the source was the same as or affiliated with the

3



## 11.   APPENDIX: QUALIFICATIONS

### 11.1   Exhibit 1. Amanda Schlumpf Resumé

More than 17 years of experience in leading Fortune 500 companies in the development of agile, customer-centric digital transformation solutions by bridging research, data, technology, purposeful content, creative, and digital marketing. Competencies include digital growth, marketing transformation, direct-to-consumer strategies, consumer research, data and analytics solutions, customer experience design, and enterprise loyalty programs.

### *Owner, Managing Consultant*
BGX CONSULTING SOLUTIONS, July 2021–present
- Provides consulting services for smaller-scale advisory engagements supporting emerging brands, law firms, and private equity firms.
- Provides guidance and expertise across digital marketing, consumer research, and customer experience analysis.
- Offers expertise in tactics, including social media, paid search, SEO, digital, and traditional channels.
- Maintains private licenses to best-in-class research and analytics tools around consumer behavior, trends, and competitive analysis with a platform license specifically focused on SEO (organic search), SEM (paid search) analysis, social reach, and sentiment analysis.

### *Senior Vice President, Head of Strategy and Experience Design*
ANSIRA (AN ADVENT INTERNATIONAL COMPANY), September 2016–January 31, 2022
- Led advisory digital, CX, loyalty, and experience design practices for one of the largest privately held marketing firms in North America.
- Oversaw departments across strategy, research, and experience design departments to create robust digital solutions.
- Led advisory and consulting practices for digital and customer experience strategies for Fortune 100 clients, including Microsoft, Coca-Cola, Nestle-Purina, Mercedes, Shell, and Anheuser-Busch.
- Specialized focus on supporting scaled enterprise-wide digital transformation and marketing solutions across retail and restaurant verticals, including clients such as Chick-Fil-A, 7-Eleven, Panera, Bridgestone/Firestone, Lululemon, and Luxco.
- Provided expertise in scaled impact scenarios and multi-year roadmap development.
- Provided ongoing thoughtful leadership and expertise to third-party industry partners, such as Forrester and Adobe.

### *Head of Experience Orchestration*
TANDEM THEORY, January 2014 – June 2016
- Successfully launched and grew boutique marketing and customer experience firm, growing the organization from a team of two to over 50 within 24 months.
- Led cross-channel departments focused on digital marketing solutions and customer experience innovation.
- Oversaw specialized strategy and delivery teams in paid (digital and social) and owned (email, SMS, social media, and website) channels, as well as customer analytics and insights.
- Supported brands across retailers and restaurants, such as Sally Beauty, At Home, Smoothie King, Ralph Lauren, and GameStop.

### *Senior Director of Strategy and Planning*
RAZOR, November 2010–December 2013
- Designed successful digital marketing programs to deliver new customer acquisition, increased engagement, and retention based on consumer insight across integrated multi-channel solutions.
- Developed and led strategic directions for brand strategy and positioning to align and activate departments across e-commerce, creative, media, and social media.
- Leveraged customer intelligence to identify strategies across traditional, digital, social, and mobile



platforms for integrated marketing plans.

- Facilitated customer intelligence research, including qualitative and quantitative analysis, to gain robust knowledge of consumers.
- Developed customer engagement strategies, including personalized and dynamic communication and experiences via websites, mobiles, social media, and email.
- Provided innovation in the selection and uses of alternative placement and communication vehicles, as well as opportunities for consumer interaction and engagement.
- Ensured all strategic executions could be tracked and measured to effectively evaluate success based on predefined KPIs.
- Clients included Dave & Buster's, Zipcar, and Dominos

**Additional Information**
- 2004–2013 Managing role in marketing strategy for agencies including Razor, Euro RSCG, and HDB.
- Bachelor of Science in Advertising, Marketing, and Spanish at Texas Tech University.

## 11.2   Exhibit 2. Testimony Experience

Kenco LLC v. VersaBucket LLC, Case No. 2021-10368
Amarussein Investments Luxembourg S.a.r.L v. Signet Jewelers Brand Limited
Vintage Brands, Case No. 6:21-CV-00409
Madison Street Properties, LLC v. The Marcus Corporation, Case No. 3:20-cv-50471

## 11.3   Exhibit 3. Articles, Publications, and Webinars

Featured publications and webinars in the past year:

Featured speaker and host for Ansira + Forrester Webinar, "Looking at Your Data in a New Light," September 1, 2021.

Featured speaker, Rise of the Loyalty Superfan Podcast, October 2021.

Featured creator and author of the Enterprise CX Readiness Assessment Tool, "Assessment: Are You Meeting the Needs of Your Customer," November 2021.

Featured contributor, CMS Wire, "The Who, What, and How of Building a Customer Experience Strategy," July 2021.

Keynote speaker with Nieman Marcus CMO for EIQ 2021, "Game Changing Trends for 2021 and Beyond," April 2021.

# EXHIBIT C

**CONSOR®**
IP Experts

The Cookie Department, Inc. v.
The Hershey Company and ONE BRANDS, LLC
May 31, 2022                                    Page 13

# APPENDIX A
# QUALIFICATIONS

## Jeff Anderson, MBA, CLP, CVA, CLS
## Managing Director
janderson@consor.com
858-800-4950

Jeff Anderson is the Managing Director at CONSOR®, an intellectual asset consulting firm specializing in trademark, patent, copyright and right of publicity valuation, licensing, and expert testimony. The firm is headquartered in La Jolla, California, and has offices in New York and London.  Mr. Anderson first earned a B.S. in Economics from Santa Clara University, and later went on to earn an MBA, with a concentration in Finance, from San Diego State University.

Mr. Anderson has a broad view of the world of intellectual property and intangible assets. He has lectured, spoken, and written on the topic of IP valuation, as well as the licensing of various intellectual property rights.  He is a contributing author to two books, and he is author and co-author of several articles on intellectual property valuation.  Coupled with his analytical approach to finance and economics, he has a unique view and expertise in intellectual property and intangible asset valuation and monetization.

Mr. Anderson has been designated as the testifying expert in matters pertaining to trademark, patent, trade secret, database, rights of publicity (ROP), copyright, and website valuation and damages – he has testified in both domestic and international courts.  Through trial testimony, deposition testimony, and numerous Rule 26 reports, Mr. Anderson's expertise has been established and reaffirmed.

Mr. Anderson has performed valuations of intangible assets and intellectual properties for corporate litigation and business/transaction purposes. His project work spans the full spectrum of the intellectual property realm.  Industries worked on include: restaurants, food service, food distribution, government, software, banking, healthcare, entertainment, construction, retail, energy, manufacturing, and others.  He has managed projects involving: valuation for litigation; sale/purchase valuation and negotiation; license structuring and negotiation; estate valuation; and valuation in expropriation and foreign markets.

Prior to joining CONSOR, Mr. Anderson was a finance manager in the technology industry, and has had extensive experience in the mortgage and banking industries.  In those industry roles, Mr. Anderson performed comprehensive valuations of business assets, analyzed financial statements, and created and managed accounting systems.

**Memberships, Speeches and Publications**

### Offices, Memberships

Certified Licensing Professional (CLP)
Certified Valuation Analyst (CVA)
Member, National Association of Certified Valuators and Analysts (NACVA)
Member, Licensing Executives Society
Member, Licensing International (formerly LIMA)
Member, International Trademark Association (INTA)
Certificate of Licensing Studies (CLS)

HIGHLY CONFIDENTIAL
© 2022 CONSOR®, La Jolla, CA

The Cookie Department, Inc. v.
The Hershey Company and ONE Brands, LLC
May 31, 2022                                    Page 14

### Seminars, Speeches and Presentations

| | |
|---|---|
| 2019 | Hunton Andrews Kurth - Ethics and Experts in IP Valuation and Litigation Cases |
| 2018 | ABA - Expert Witnesses, Valuation, and Damages: The Expert's Point of View |
| 2016 | BVR – Litigation Dynamics and the Expert's Role: Valuation & Damages |
| 2016 | King and Spalding – Ethics and Experts in International Business, IP Valuation |
| 2016 | Hogan Lovells – Ethics and Experts in International Business, IP Valuation |
| 2016 | Internal Revenue Service – Intellectual Property Valuation |
| 2015 | BVR – Alternative Intellectual Property Valuation Approaches |
| 2015 | Clear Law Institute – Intellectual Property Valuation: Techniques to Maximize Accuracy |
| 2014 | Clear Law Institute – Valuation of Intellectual Property |
| 2013 | The Brand Establishment Conference - Maximizing Brand Value |
| 2013 | Business Valuation Resources (BVR) and EPM Communications - IP Valuations for Licensed Property Acquisitions |

### Books

Secured Lending in Intellectual Property, 2nd Edition, LexisNexis Canada:  Contributing author with Weston Anson to Kiriakoula Hatzikiriakos, September 2017

Rights of Publicity: Analysis, Valuation, and the Law, American Bar Association.  Contributing author to Weston Anson, April 2015

### Published Articles

June 2015 – "Alternate Intellectual Property Valuation Approaches" with Weston Anson and Joshua Cawthorn, les Nouvelles

June 2014 – "What is your client really worth? Valuing the licensing potential of celebrities, characters and athletes", co-authored with Weston Anson and Jemma Samala, The Licensing Book

April 2013 – "Putting a price on trademarks: trends in IP valuation and damages calculations", co-authored with Weston Anson and David Noble, World Trademark Review

### Expert Experience and Litigation Support

1.  World Axe Throwing League, Inc., and Lincoln Chicago Holdings, Inc. v. Cold Steel, Inc., and GSM LLC d/b/a GSM Outdoors
    United States District Court for the Central District of California Western Division
    Case No. 2:20-cv-11407-JAK-E
    Deposition Testimony, March 2022

2.  Pennsylvania Skill Games, LLC v. POM of Pennsylvania, LLC, et al.
    United States District Court for the Western District of Pennsylvania
    Case No. 18-cv-00722
    Expert Report, January 2022

3.  Codexis, Inc. v. Codex DNA, Inc.
    United States District Court for the Northern District of California
    Case No. 3:20-cv-03503
    Deposition Testimony, January 2022

4.  Zox LLC v. John Zox, Daniel Zox, Andrew Zox et al.
    United States District Court for the Central District of California
    Case No. 2:21-cv-01609-PA-SK
    Deposition Testimony, December 2021

5.  TherapeuticsMD, Inc. v. Evofem Biosciences, Inc.
    United States District Court for the Southern District of Florida, West Palm Beach Division
    Case No. 9:20-cv-82296
    Deposition Testimony, November 2021

6.  SA Music, LLC et al. v. Apple Inc.
    United States District Court for the Northern District of California
    Case No. 20-cv-2794-EMC
    Expert Report, October 2021

7.  Codexis, Inc. v. Codex DNA, Inc.
    United States District Court for the Northern District of California
    Case No. 3:20-cv-03503
    Expert Report, September 2021

8.  Kiva Health Brands LLC v. Kiva Brands Inc.
    United States District Court for the Northern District of California
    Case No. 3:19-cv-03459-CRB
    Deposition Testimony, July 2021

9.  ACQIS Technology, Inc. v. Commissioner
    United States Tax Court
    Docket No. 9261-17
    Trial Testimony, May 2021

10. Shaun White v. Oakley, Inc.
    Superior Court of the State of California, County of Los Angeles – Western District
    Case No. 19SMCV01215
    Designated Testifying Expert, January 2021

11. CrossFit, Inc. v. National Strength and Conditioning Association
    United States District Court Southern District of California
    Case No. 3:14-cv-01191-JLS-KSC
    Expert Report, September 2020

12. Lontex Corporation v. NIKE, Inc.
    United States District Court for the Eastern District of Pennsylvania
    Case No. 2:18-cv-05623-MMB
    Trial, Deposition Testimony, August 2020

13. Southeast Anesthesiology Consultants, PLLC, et al. v. The Charlotte-Mecklenburg Hospital Authority,
    et al.
    Mecklenburg County Superior Court
    Case No. 18-CVS-5899
    Deposition Testimony, February 2020

14. Leaf Trading Cards, Inc. v. The Upper Deck Company
    United States District Court for The Northern District of Texas, Dallas Division
    Civil Action No. 3:17-cv-3200
    Deposition Testimony, November 2019

15. A.I.G. Agency, Inc. v. American International Group, Inc.
    United States District Court for the Eastern District of Missouri
    Case No. 4:17-cv-01502
    Deposition Testimony, September 2019

The Cookie Department, Inc. v.
The Hershey Company and ONE Brands, LLC
May 31, 2022                              Page 16

16. Edmonson, et al. v. RCI Hospitality Holdings, Inc.
United States District Court Southern District of New York
Case No. 16-cv-2242 (VEC)
Deposition Testimony, June 2019

17. Timed Out v. Much and House
Superior Court of the State of California, Los Angeles County, Central District
Case No. BC633153
Designated Testifying Expert, October 2018

18. Thomas & Betts Corp., et al. v. Commissioner
United States Tax Court
Docket No. 4120-17
Expert Opinion Letter, October 2018

19. IP Global Investments America v. Body Glove IP Holdings, LP and Marquee Brands, LLC
United States District Court for the Central District of California
Case No. 2:17-cv-06189-ODW (AGRx)
Expert Report, October 2018

20. Under Armour, Inc. v. Battle Fashions, Inc. and Kelsey Battle
United States District Court for the District of Maryland
Case No. 1:17-cv-03223-RDB
Deposition Testimony, September 2018

21. Universal Engraving Inc. v. Polsinelli PC
Circuit Court of Jackson County, Missouri at Kansas City
Case No. 1616-CV09292
Trial and Deposition Testimony, August 2018

22. Justin Browning and Alphonso Baity, II v. University of Findlay, et. al
Case No. 3:15-CV-2687
United States District Court for the Northern District of Ohio Western Division
Expert Report, August 2018

23. Aleksej Gubarev, XBT Holding S.A. and Webzilla, Inc. v. Buzzfeed, Inc. and Ben Smith
United States District Court for the Southern District of Florida, Miami Division
Case No. 0:17-cv-60426-UU
Deposition Testimony, May 2018

24. Shields Pharmacy, LLC and John M. Shields v. Thomas Guilfoile, Tammy Marzigliano, and Outten & Golden, LLP
Superior Court for the Commonwealth of Massachusetts, Plymouth
Case No. 1683-CV-00323
Expert Report, April 2018

25. Sky Link TV USA v. iTalk Global Communications, Inc., et al.
United States District Court for the Central District of California, Western Divisions
Case No. 2:17-cv-03323-JFW-E
Expert Report, February 2018

26. West Coast Undercover, Inc. v. Much and House Public Relations and Marketing Management, LLC
Superior Court for the State of California, for the County of Los Angeles, Central District
Case No. BC633153
Designated Testifying Expert, January 2018

CONSOR®
IP Experts

The Cookie Department, Inc. v.
The Hershey Company and ONE Brands, LLC
May 31, 2022                              Page 17

27. Eric Gottesman v. Carlos Santana, et al.
United States District Court Southern District of California
Case No. 3:16-cv-02902-JLS-JLB
Expert Report, December 2017

28. 21st Century Communities, Inc. v. Philip Bradley Parker and Wayne Williams
Superior Court of the State of California in and for the County of Los Angeles
Case No. 2:09-cv-02458-LDG-VDF
Trial Testimony, December 2017

29. Timed Out, LLC v. Crazy Horse, Inc., et al.
Superior Court of the State of California, County of San Francisco – Civic Center Courthouse
Case No. CGC-15-547904
Mediation, November 2017

30. Michael Kors, L.L.C. v. Chunma USA, Inc.
United States District Court Central District of California
Case No. 2:16-cv-01271 AB (AFMx)
Deposition Testimony, September 2017

31. De Anda Enterprises, Inc., vs. JL Deanda Enterprises LLC
United States District Court Central District of California
Case No. 8:16-cv-2049
Expert Report, August 2017

32. Dana Ruth Lixenberg v. Bioworld Merchandising, Inc., et al.
United States District Court Central District of California
Case No. CV15-07242-MWF-MRW
Expert Report, February 2017

33. Jason Pierre-Paul v. ESPN, Inc.
Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida
Case No. 1:16-cv-21156
Expert Opinion Letter, January 2017

34. Nina Pham v. Texas Health Resources, Inc.
District Court of Dallas, Texas, 68th Judicial District
Case No. DC-15-02252
Expert Report, October 2016

35. Ocean Rodeo Sports Inc. v. Oyen Wiggs Green and Mutala LLP
Supreme Court of British Columbia, Canada
Civil Claim No. VIC-S-S-113283
Expert Report, October 2016

36. J. Lloyd International, Inc. v. Super Wings International, Ltd.
United States District Court for the Northern District of Iowa, Cedar Rapids Division
Case No. 15-74 LRR
Deposition Testimony, September 2016

37. Ronald Greenspan, D.D.S. v. Randolph F. Alexander, D.D.S.
Superior Court of the State of California, County of San Diego – Central Division
Case No. 37-2014-00029393-CU-DF-CTL
Deposition Testimony, September 2016

The Cookie Department, Inc. v.
The Hershey Company and ONE Brands, LLC
May 31, 2022                                    Page 18

38. Turner v. Snapchat, Inc., et al.
    Superior Court of the State of California, County of Los Angeles, Central District
    Case No. BC558442
    Designated Testifying Expert

39. Reserve Media, Inc. v. Efficient Frontiers, Inc.
    United States District Court, Central District of California
    Case No. 2:15-cv-05072
    Expert Report, Deposition Testimony, July 2016

40. Terry Bollea (Hulk Hogan) v. Gawker Media, LLC
    Circuit Court of the Sixth Judicial Circuit in and for Pinellas Country, Florida
    Case No. 12012447-CI-011
    Trial and Deposition Testimony, March 2016

41. Gaming Fund Group, Inc.
    California Gambling Control Commission
    Expert Testimony, February 2016

42. Longreef Investment A.V.V. v. The Bolivarian Republic of Venezuela
    International Centre for Settlement of Investment Disputes (ICSID), Paris
    Case No. ARB/11/51
    Arbitration Testimony, January 2016

43. Reese Witherspoon v. Marketing Advantages International, Inc., et al.
    Superior Court of the State of California, for the County of Los Angeles – West District
    Case No. SC120883
    Designated Testifying Expert, November 2015

44. A.M. Best Company, Inc. v. SNL Financial LC
    United States District Court of New Jersey
    Civil Action No. 11-1994 (SDW) (MCA)
    Consulting Expert, 2015

45. Cognate BioServices, Inc., et al. v. Alan K. Smith, et al.
    United States District Court for the District of Maryland
    Case No. 13-1797
    Consulting Expert, 2015

46. Omnicare, et al. v. Massachusetts Commissioner of Revenue
    The Commonwealth of Massachusetts Appellate Tax Board
    Docket No. 304910
    Expert Report, September 2014

47. Direct Consumer Information LLC v. Florida Panthers Hockey Club, Ltd.
    Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida
    Case No. 12-24709 (03)
    Expert Report, May 2014

48. Jason Olive v. General Nutrition Centers, Inc.
    Superior Court of California for the County of Los Angeles, Central Civil West Division
    Case No. BC482686
    Deposition Testimony, March 2014

**CONSOR®**
IP Experts

The Cookie Department, Inc. v.
The Hershey Company and ONE Brands, LLC
May 31, 2022                    Page 19

49.  Chevron Corporation v. Donziger, et al.
     United States District Court for the Southern District of New York
     Case No. 11-cv-0691
     Consulting Expert, Expert Report and Trial Preparation, November 2013

50.  Spitfire Studios, Inc. v. Spitfire Pictures, LLC, et al.
     United States District Court, Central District of California
     Case No. 2:13-cv-06638-SH
     Expert Opinion Letter, June 2013

51.  Mr. Andrew Parower v. Ms. Lauren Schachter Parower
     Supreme Court of the State of New York, County of Westchester
     Case No. 10990/11
     Expert Report, January 2013

52.  Beach Mart, Inc. v. L&L Wings, Inc.
     United States District Court, Eastern District of North Carolina
     Case No. 4:11-cv-149
     Expert Report and Deposition Preparation, June 2012

53.  Youngblood Timepieces, Inc. v. Fossil, Inc. and Macy's Merchandising Group, Inc.
     United States District Court, Central District of California
     Case No. CV11-8175-SVW (MRWx)
     Rule 26 Report and Deposition Preparation, May 2012