UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE COOKIE DEPARTMENT, INC., <br> Plaintiff, <br> v. <br> THE HERSHEY COMPANY, et al., <br> Defendants. | Case No. 20-cv-09324-KAW <br><br> **ORDER TO SHOW CAUSE** <br> Re: Dkt. No. 118 |

On September 15, 2022, Defendants filed a motion to consider whether another party's material should be sealed. (Re: Dkt. No. 118.) Defendants sought to file under seal exhibits that were identified by Plaintiff as being Highly Confidential - Attorney's Eyes Only. Per Civil Local Rule 79-5(f), "[w]ithin 7 days of the motion's filing, the Designating Party must file a statement and/or declaration as described in subsection (c)(1)." Thus, the declaration of Plaintiff was due by September 22, 2022.

To date, Plaintiff has not filed its statement and/or declaration. Accordingly, the Court ORDERS Plaintiff to show cause, by **October 14, 2022**, why the exhibits should not be unsealed by: (1) filing a specific statement of the applicable legal standard and the reasons for keeping a document under seal, which must comply with Civil Local Rule 79-5(c), and (2) explaining why Plaintiff did not timely file its statement and/or declaration. Failure to comply in full will result in the Court denying the motion and ordering the exhibits unsealed. (*See* Civil Local Rule 79-5(f)(3) ("A failure to file a statement or declaration may result in the unsealing of the provisionally sealed document without further notice to the Designating Party."), (6) ("Additionally, overly broad

///

///

1  requests to seal may result in the denial of the motion.").)
2       IT IS SO ORDERED.
3  Dated: October 6, 2022

_____
KANDIS A. WESTMORE
United States Magistrate Judge