UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE COOKIE DEPARTMENT, INC.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>THE HERSHEY COMPANY, et al.,<br><br>　　　　　　Defendants. | Case No. 4:20-cv-09324-KAW<br><br>**ORDER TO SHOW CAUSE TO PLAINTIFF REGARDING FAILURE TO APPEAR IN-PERSON AT THE PRETRIAL CONFERENCE** |

On October 26, 2022, the Court held a pretrial conference that was noticed by the Clerk to occur in Courtroom 4, 3rd Floor of the Oakland Courthouse. (*See* Dkt. No. 165.)  Instead of appearing in-person, Plaintiff's counsel appeared virtually on Zoom.  For that reason, the undersigned continued the pretrial conference by one day to October 27, 2022, at 2:00 PM.  During this discussion, Defendants asked if Plaintiff would be required to pay for the additional travel costs incurred due to the delay, and Plaintiff requested an opportunity to formally respond to an order to show cause.

Accordingly, the Court issues an ORDER TO SHOW CAUSE to Plaintiff why sanctions should not be imposed due to its failure to appear in-person at the pretrial conference.  Specifically, why Plaintiff should not be required to pay the additional travel expenses incurred by Defendants due to the one-day continuance of the pretrial conference.  The response shall also address whether, in the interest of justice, Plaintiff's counsel should be responsible for paying the travel expenses should the Court determine that such sanctions are warranted in lieu of their client.

On or before **November 3, 2022**, Defendants shall file a declaration setting forth the total travel expenses incurred in connection with their in-person appearance.  They shall also explain how they calculated the portion of those expenses attributed to the one-day delay in the pretrial

conference.

Plaintiff shall then respond to the order to show cause by **November 10, 2022**. Plaintiff's response shall not exceed five pages.

IT IS SO ORDERED.

Dated: October 28, 2022

_____
KANDIS A. WESTMORE
United States Magistrate Judge