SANJIV N. SINGH, A PROFESSIONAL LAW CORPORATION
Sanjiv N. Singh, Esq. (SBN 193525)
1650 S. Amphlett Blvd. Suite 220
San Mateo, CA 94402
Phone: (650) 389-2255
Email: ssingh@sanjivnsingh.com

INDRAJANA LAW GROUP, A PROFESSIONAL LAW CORPORATION
Michael Indrajana, Esq. (SBN 258329)
1650 S. Amphlett Blvd. Suite 220
San Mateo, CA 94402
Phone: (650) 597-0928
Email: michael@indrajana.com

Attorneys for Plaintiff The Cookie Department, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND COURTHOUSE

| | |
|---|---|
| **THE COOKIE DEPARTMENT, INC.,** a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**THE HERSHEY COMPANY,** a Delaware Corporation; **ONE BRANDS, LLC**, a Foreign Limited Liability Company; AND DOES 1 TO 50, INCLUSIVE.<br><br>Defendants. | Case No.: 4:20-cv-09324-KAW<br><br>**DECLARATION OF SANJIV N. SINGH IN SUPPORT OF PLAINTIFF THE COOKIE DEPARTMENT, INC.'S ADMINISTRATIVE MOTION TO CONSIDER FILING UNDER SEAL CERTAIN EXHIBITS TO PLAINTIFF'S SUPPLEMENTAL BRIEFING ON CORRECTIVE ADVERTISING DAMAGES**<br><br>Judge: Hon. Kandis A. Westmore<br>Trial Date: November 7, 2022 |

I, Sanjiv N. Singh declare as follows:

1.      I am a member in good standing of the California State Bar and the principal attorney at Sanjiv N. Singh, a PLC, counsel for Plaintiff The Cookie Department, Inc., in this action. I make this declaration based on my personal knowledge, and if called to testify to the contents thereof, I could and would competently do so.

2.      Attached hereto as **Singh Exhibit 2 [FILED UNDER SEAL]** is a true and correct copy of excerpts from the deposition transcript of Amanda Schlumpf, dated July 22, 2022.

3.      Attached hereto as **Singh Exhibit 7 [FILED UNDER SEAL]** is a true and correct copy of pages 58 to 62 excerpted from the Hal Poret Survey Report dated May 31, 2022.

4.      Attached hereto as **Singh Exhibit 8 [FILED UNDER SEAL]** is a true and correct copy of Schedules 5.0, 5.1, 5.2, and 6.0 of the Schoettelkotte Report dated June 28, 2022.

5.      Attached hereto as **Singh Exhibit 9 [FILED UNDER SEAL]** is a true and correct copy of pages 29 to 31 excerpted from the Peter Kent Expert Rebuttal Report dated June 28, 2022.


I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing facts are true and correct.


This declaration was executed this 1st Day of November of 2022 in San Mateo, California.


/s/ *Sanjiv N. Singh*
Sanjiv N. Singh

DECLARATION OF SANJIV N. SINGH IN SUPPORT OF PLAINTIFF THE COOKIE DEPARTMENT, INC.'S
ADMINISTRATIVE MOTION TO CONSIDER FILING UNDER SEAL CERTAIN EXHIBITS TO PLAINTIFF'S
SUPPLEMENTAL BRIEFING ON CORRECTIVE ADVERTISING DAMAGES
CASE NO.: 4:20-CV-09324-KAW

# SINGH EXHIBIT 2
# FILED UNDER SEAL

# SINGH EXHIBIT 7
# FILED UNDER SEAL

SINGH EXHIBIT 8
FILED UNDER SEAL

# SINGH EXHIBIT 9
# FILED UNDER SEAL