UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE COOKIE DEPARTMENT, INC., A CALIFORNIA CORPORATION,<br><br>            Plaintiff,<br><br>      vs.<br><br>THE HERSHEY COMPANY, A DELAWARE CORPORATION; ONE BRANDS, LLC, A FOREIGN LIMITED LIABILITY COMPANY; AND DOES 1 TO 50, INCLUSIVE,<br><br>            Defendants. | Case No.: 4:20-cv-09324-KAW<br><br>**[PROPOSED] ORDER** |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

The Court, having considered Plaintiff's Administrative Motion to Consider Filing Under Seal Certain Exhibits to Plaintiff's Supplemental Briefing on Corrective Advertising Damages, Local Rule 79-5(c) and 79-5(f)(3) response, and argument by counsel (if any), rules as follows:

Defendants have not made a showing justifying its confidentiality designation of Exhibits 2, 7, 8, and 9 to Plaintiff's Supplemental Briefing on Corrective Advertising Damages. Thus, Exhibits 2, 7, 8 and 9 of Plaintiff's Discovery Excerpts shall be publicly filed in their entirety.

**IT IS SO ORDERED.**

DATED:_____

_____
UNITED STATES MAGISTRATE JUDGE
HON. KANDIS A. WESTMORE